UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, A NORTH DAKOTA CORPORATION, AND RELIANCE SYSTEMS, INC., A NEVADA CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> YANKTON COUNTY, SOUTH DAKOTA, AND NETWORK COMMUNICATIONS INTERNATIONAL CORP., A TEXAS CORPORATION, <br><br> Defendants. | 4:24-CV-04098-ECS <br><br><br> ORDER GRANTING JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER |

On March 4, 2025, the parties jointly moved to extend the deadline to complete all discovery (excluding expert discovery) to July 1, 2025, and the deadline to complete expert discovery to August 1, 2025. For good cause shown, it is hereby

ORDERED that the Joint Stipulated Motion to Amend Scheduling Order, Doc. 67, is granted and that the following deadlines now apply in this case.

1. The parties have until **July 1, 2025**, to complete all discovery (excluding expert discovery).

2. The parties have until **August 1, 2025**, to complete expert discovery.

All other deadlines set forth in this Courts prior Rule 16 Scheduling order, Doc. 64, shall remain unchanged.

DATED this 5th day of March, 2025.

                              BY THE COURT:

                              _____
                              ERIC C. SCHULTE
                              UNITED STATES DISTRICT JUDGE