# IN THE UNITED STATES DISTRICT COURT
# FOR SOUTH DAKOTA

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, and RELIANCE SYSTEMS INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> YANKTON COUNTY, SOUTH DAKOTA, and NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation, <br><br> Defendants. | Civil No. 4:24-cv-04098-ECS <br><br> **PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT NETWORK COMMUNICATIONS INTERNATIONAL CORP.** |

Pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure, Plaintiffs Reliance Telephone of Grand Forks Incorporated ("Reliance Telephone") and Reliance Systems Inc. ("Reliance Systems") (collectively "Plaintiffs") hereby move to compel Defendant Network Communications International Corp. ("NCIC") to produce all documents it has withheld from production based in whole or in part on a claim of common interest or joint defense privilege. Alternatively, Plaintiffs move this Court to order NCIC to submit all such withheld documents for *in camera* review. This motion based on the Plaintiffs' Memorandum in Support of their Motion to Compel Discovery from NCIC, and the supporting declarations and exhibits filed and served contemporaneously herewith.

Dated: April 4, 2025.　　　　　　　　/s/ Patrick L. Sealey
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Patrick L. Sealey AT0007085
　　　　　　　　　　　　　　　　　　HEIDMAN LAW FIRM, P.L.L.C.
　　　　　　　　　　　　　　　　　　1128 Historic Fourth Street
　　　　　　　　　　　　　　　　　　P.O. Box 3086
　　　　　　　　　　　　　　　　　　Sioux City, IA 51102
　　　　　　　　　　　　　　　　　　Tel: (712) 255-8838
　　　　　　　　　　　　　　　　　　Fax: (712) 258-6714
　　　　　　　　　　　　　　　　　　Email: Patrick.Sealey@heidmanlaw.com

　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　Alan M. Anderson (MN Bar #149500)
　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　L. Reagan Florence (MN Bar #0396468)
　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　ALAN ANDERSON LAW FIRM LLC
　　　　　　　　　　　　　　　　　　11100 Wayzata Blvd., Suite 545
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55305
　　　　　　　　　　　　　　　　　　Tel: 612-756-7010
　　　　　　　　　　　　　　　　　　Fax: 612-756-7050
　　　　　　　　　　　　　　　　　　Email: aanderson@anderson-lawfirm.com
　　　　　　　　　　　　　　　　　　　　　　rflorence@anderson-lawfirm.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing pleading was served upon all parties to the above action by depositing the same in the U.S. Mail, postage pre-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e-mail over CM/ECF, on April 4, 2025.

