## IN THE UNITED STATES DISTRICT COURT
## FOR SOUTH DAKOTA

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation,<br><br>and<br><br>RELIANCE SYSTEMS INC., a Nevada corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>YANKTON COUNTY, SOUTH DAKOTA,<br><br>and<br><br>NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation,<br><br>    Defendants. | Civil No. 4:24-cv-04098-ECS<br><br>**PLAINTIFFS' LOCAL RULE 37.1 STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL AGAINST DEFENDANT NETWORK COMMUNICATIONS INTERNATIONAL CORP.** |

Pursuant to District of South Dakota Local Rule 37.1, the undersigned lead counsel for Plaintiffs Reliance Telephone of Grand Forks Incorporated ("Reliance Telephone") and Reliance Systems Inc. ("Reliance Systems") (collectively "Plaintiffs") hereby certifies that he has engaged in good faith efforts to resolve this discovery dispute with counsel for Defendant Network Communications International Corp. ("NCIC") prior to filing Plaintiffs' Motion to Compel. Those efforts were not successful. Specifically, Plaintiffs' counsel and NCIC's counsel exchanged multiple communications, via email and in writing, attempting to resolve their differences. They further had conferences by telephone to try to resolve this discovery dispute.


EXHIBIT 1

All those efforts were unavailing. The parties' counsel agreed that further efforts would not be successful and that this issue was ripe for presentation to and resolution by the Court.

Dated: April 4, 2025.	/s/ Alan M. Anderson
	Alan M. Anderson (MN Bar #149500)
	(admitted *pro hac vice*)
	L. Reagan Florence (MN Bar #0396468)
	(admitted *pro hac vice*)
	ALAN ANDERSON LAW FIRM LLC
	11100 Wayzata Blvd., Suite 545
	Minneapolis, MN 55305
	Tel: 612-756-7010
	Fax: 612-756-7050
	Email: aanderson@anderson-lawfirm.com
	         rflorence@anderson-lawfirm.com

	and

	Patrick L. Sealey AT0007085
	HEIDMAN LAW FIRM, P.L.L.C.
	1128 Historic Fourth Street
	P.O. Box 3086
	Sioux City, IA 51102
	Tel: (712) 255-8838
	Fax: (712) 258-6714
	Email: Patrick.Sealey@heidmanlaw.com

	*Attorneys for Plaintiff Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing pleading was served upon all parties to the above action by depositing the same in the U.S. Mail, postage pre-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e-mail over CM/ECF, on April 4, 2025.

                                                      /s/ Alan M. Anderson