# Exhibit I

OFFICE OF THE SHERIFF
**YANKTON COUNTY**
410 Walnut St., Ste. 104
Yankton, SD 57078

**PRESTON CRISSEY**
**SHERIFF**

(605) 668-3567
Fax: (605) 260-2780
www.yanktonsheriffsoffice.com

July 17, 2023

Reliance Telephone
1533 S 42nd St #200
Grand Forks, ND 58203
Attention: Dave Hangsleben

**RE: Contract Termination**

Dear Dave,

On behalf of the Yankton County Sheriff's Office and Jail, I would like to thank you and Reliance Telephone for providing service to our agency over the past several years. The Yankton County Sheriff's Office is currently in the process of evaluating various technologies and services in the area of inmate communications, and we are dissatisfied with several facets of the service provided by Reliance, as described below. Accordingly, we are providing this formal notice of Contract Termination, effective 90 days from the date of this notice.

Areas of dissatisfaction include:

1) **Utility of Handheld Devices:** Our agency is in need of a robust Correctional Tablet program for inmates which provides a range of communication, educational, religious and entertainment options (amongst other important facility services). The current handheld "texting" devices provided by Reliance are very limited in their functionality – in large part due to their small screen size. Through our research and attendance at industry trade shows, we are aware of available Tablet solutions that are much more suitable for allowing inmates to engage with educational and rehabilitative material, review Law Library and Jail Handbook, and enjoy entertainment options such as movies, games and e-books.

2) **Non-Delivery of Technology & Programming:** Our agency is in need of a range of educational and rehabilitative programming, beyond those that are currently offered on the Reliance "texting" devices. Inmates housed in our Jail facility are routinely communicating to our staff that they have completed the "12 step" program and there aren't any additional options or resources to explore. Additionally, we are in need of a proven, reliable Mail Scanning program to help combat incoming contraband, and free up staff time spent managing incoming physical mail. We have not been able to implement this under our current Agreement – this directly impacts the overall operations and safety of our Jail facility.

3) **Calling Rates and Fees:** Our agency is interested in lowering calling rates and fees for our Jail facility, to increase connectivity between inmates and their families and stimulate usage of the systems. We have received complaints regarding calling rates and back-end fees being charged by Reliance, as well as the fact that refunds are not offered for unused balances for the Reliance "calling cards." The Reliance website lists calling rates of between $0.21/Minute - $0.40/Minute for phone calls in various pre-paid formats. As Reliance is aware, any calls in pre-paid format currently being charged at a rate higher than $0.21/Minute is a violation of current FCC allowances.

2025 | RELIANCE-PLTFS-000563

4) **Continual Failing of Visitation:** Although visitation is a privilege, not a Constitutional Right, we still heavily rely on the ability for inmates to keep in contact with the outside. Since my inception into Jail Administrator position, we have had weekly issues with the Reliance Visitation system. More recently, it has become a daily issue when we the visitation system quits operating. The constant failures of the system not only cause issues with the inmates, but my staff also falls behind on their facility operations as they have to stop what they are doing and either reset the system or contact Reliance.

Please note – this is not notice to cease providing any service to or remove any hardware from the Yankton County Jail Facility. We will reach out to you within the next 30 days to notify you about next steps and the planned transition of services.

Thank you for your understanding and cooperation.

Respectfully,

Todd Brandt
Jail Administrator
Yankton County Jail
410 Walnut St. Suite 104
Yankton, SD 57078
605-668-5219

2025 | RELIANCE-PLTFS-000564