# Exhibit O



Alan Anderson Law Firm LLC
Crescent Ridge Corporate Center
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Office  612.756.7000
Fax      612.756.7050
www.anderson-lawfirm.com

Alan M. Anderson, PhD, FCIArb
NBTA Certified Civil Trial Advocate
MSBA Certified Civil Trial Senior Specialist
Direct 612.756.7010
aanderson@anderson-lawfirm.com

October 19, 2023

By email only: tbrandt@yanktonlaw.com

Mr. Todd Brandt,
Jail Administrator
Yankton County Jail
410 Walnut St., Suite 104
Yankton, SD 57078

Re:   Reliance Telephone of Grand Forks Incorporated-Yankton County "Phone/iPod/iPad Voice call Location Agreement, dated August 18, 2020
       and
       Reliance Systems Incorporated-Yankton County "Inmate Text Message and Video Call Location Agreement, dated August 18, 2020

Dear Mr. Brandt,

      As you know, we represent Reliance Telephone of Grand Forks Incorporated ("Reliance Telephone") and Reliance Systems Incorporated, both of Grand Forks, North Dakota ("Reliance Systems"). I write again with regard to the two above-referenced contracts.

      In my letter to you dated September 5, 2023, we advised you (Yankton County), that the two above-referenced contracts continue until December 2, 2025 and that neither contains any provision permitting early termination by the County. Neither you nor anyone else responded to my letter. You also failed to address my clients' requirements that you "freeze all information with regard to inmate telephone, messaging and video services and that none of that information be provided to any new vendor. None of that information may be used by, or provided to, any other vendor." (Emphasis in original.)

      My clients learned yesterday, October 18, that you had turned off their server and that you had started using the services of a competitor, NCIC. You still have possession of my clients' proprietary equipment, and apparently permitted, or are permitting, that competitor to have access to, and to utilize, my clients' proprietary equipment and services.

      The County's actions constitute, at a minimum, breaches of my clients' two contracts. As you undoubtedly are aware, your wrongful actions will result in my client suffering damages.

━━━Alan Anderson Law Firm LLC━━━

Mr. Todd Brandt
October 19, 2023

    We therefore demand that you reinstate my clients' servers and use of their services effective within twenty-four (24) hours of the date of your receipt of this letter. We also demand that within the same period, you confirm in writing under oath that you have not provided any competitor with access to, or use of, any of my clients' equipment, services, or other proprietary materials or information. Failure to timely respond will be considered an admission by the County that it has permitted such improper use and access.

    If you fail to respond as demanded, my clients will have no alternative but to pursue their rights through all lawful means.

    Please do not hesitate to contact me if you have any questions or if you wish to discuss this matter further.

Sincerely yours,

*Alan M. Anderson*

Alan M. Anderson, PhD

2025 | RELIANCE-PLTFS-000558