IN THE UNITED STATES DISTRICT COURT
FOR SOUTH DAKOTA

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation,<br><br>and<br><br>RELIANCE SYSTEMS INC., a Nevada corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>YANKTON COUNTY, SOUTH DAKOTA,<br><br>and<br><br>NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation,<br><br>    Defendants. | Civil No. 4:24-cv-04098-ECS<br><br>**JOINT STIPULATED MOTION TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW BY THE COURT** |

The parties, by their respective undersigned counsel of record, hereby jointly move the Court for permission for Defendant Network Communications International Corp. and Defendant Yankton County, South Dakota to submit the documents that are the subject of Plaintiffs' Motion to Compel Production of Documents from Defendant Network Communications International Corp. (DOC 69) and Plaintiffs' Motion to Compel Production of Documents from Defendant Yankton County, South Dakota (DOC 70) directly to the Court for *in camera* review.

Dated: April 22, 2025.

*[signature]*

/Alan M. Anderson (MN Bar #149500)
(admitted *pro hac vice*)
L. Reagan Florence (MN Bar #0396468)
(admitted *pro hac vice*)
ALAN ANDERSON LAW FIRM LLC
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Tel: 612-756-7010
Fax: 612-756-7050
Email: aanderson@anderson-lawfirm.com
rflorence@anderson-lawfirm.com

and

Patrick L. Sealey
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
Tel: 712-255-4121
Fax: 712-258-6714
Email: patrick.sealey@heidmanlaw.com

*Attorneys for Plaintiffs Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc.*

Dated: April ___, 2025.

Nicholas G. Moser – SDBA #4650
Dylan M. Miller – SDBA #5439
Marlow, Woodward & Huff, Prof. LLC
PO Box 667
200 W. Third St.
Yankton, SD 57078
Telephone: (605) 665-5009
Facsimile: (605) 665-4788
Email: nick@mwhlawyers.com;
dylan@mwhlawyers.com

*Attorneys for Defendant Network Communications International Corp.*

Dated: April ___, 2025.

_____
Alan M. Anderson (MN Bar #149500)
   (admitted *pro hac vice*)
L. Reagan Florence (MN Bar #0396468)
   (admitted *pro hac vice*)
ALAN ANDERSON LAW FIRM LLC
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Tel: 612-756-7010
Fax: 612-756-7050
Email: aanderson@anderson-lawfirm.com
       rflorence@anderson-lawfirm.com

and

Patrick L. Sealey
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
Tel: 712-255-4121
Fax: 712-258-6714
Email: patrick.sealey@heidmanlaw.com

*Attorneys for Plaintiffs Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc.*

Dated: April 21st, 2025.

_____
Nicholas G. Moser – SDBA #4650
Dylan M. Miller – SDBA #5439
Marlow, Woodward & Huff, Prof. LLC
PO Box 667
200 W. Third St.
Yankton, SD 57078
Telephone: (605) 665-5009
Facsimile: (605) 665-4788
Email: nick@mwhlawyers.com;
      dylan@mwhlawyers.com

*Attorneys for Defendant Network Communications International Corp.*

2

Dated: April 23, 2025.

_____
Melissa R. Jelen
Claire E. Wilka
Cadwell Sanford Deibert & Garry LLP
200 E 10th Street Suite 200
Sioux Falls, SD 57104
Ph: (605)336-0828
Email: mjelen@cadlaw.com
       cwilka@cadlaw.com

*Attorneys for Defendant Yankton County, South Dakota*

3