IN THE UNITED STATES DISTRICT COURT
FOR SOUTH DAKOTA

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, and RELIANCE SYSTEMS INC., a Nevada corporation, Plaintiffs, v. YANKTON COUNTY, SOUTH DAKOTA, and NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation, Defendants. | Civil No. 4:24-cv-04098-ECS  **MOTION FOR WITHDRAWAL OF JOHN C. GRAY AS COUNSEL FOR PLAINTIFFS** |

COMES NOW John C. Gray of Heidman Law Firm, P.L.L.C., and hereby moves the Court for an Order allowing him to Withdraw as Counsel for Plaintiffs, Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc.

In support of said Motion, the undersigned counsel states that Patrick L. Sealey of the Heidman Law Firm, P.L.L.C. and Alan M. Anderson and L. Reagan Florence of the Alan Anderson Law Firm, LLC shall remain as counsel of record on behalf of Plaintiffs.

HEIDMAN LAW FIRM, P.L.L.C.

BY: /s/ John C. Gray
JOHN C. GRAY, #3473
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102-3086
Telephone: (712) 255-8838
Fax: (712) 258-6714
E-mail: John.Gray@heidmanlaw.com
ATTORNEYS FOR PLAINTIFFS

Copy to:

L. Reagan Florence
(admitted pro hac vice)
Alan M. Anderson
(admitted pro hac vice)
Alan Anderson Law Firm LLC
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Email: aanderson@anderson-lawfirm.com
rflorence@anderson-lawfirm.com

Patrick L. Sealey
Heidman Law Firm, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102-3086
Telephone: (712) 255-8838
Fax: (712) 258-6714
Patrick.Sealey@heidmanlaw.com
ATTORNEYS FOR PLAINTIFFS

Nicholas G. Moser
Dylan M. Miller
Marlow, Woodward & Huff, Prof. LLC
PO Box 667
200 W. Third St.
Yankton, SD 57078
Telephone: (605) 665-5009
Facsimile: (605) 665-4788
Email: nick@mwhlawyers.com
dylan@mwhlawyers.com
ATTORNEYS FOR DEFENDANT
NETWORK COMMUNICATIONS
INTERNATIONAL CORP.

Melissa R. Jelen
Claire E. Wilka
Cadwell Sandford Deibert & Garry LLP
200 E 10th Street Suite 200
Sioux Falls, SD 57104
Ph.: (605) 336-0828
Email: mjelen@cadlaw.com
cwilka@cadlaw.com
ATTORNEYS FOR DEFENDANT
YANKTON COUNTY, SOUTH DAKOTA

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all parties to the above-entitled cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 4, 2025.

_Sarah B. Adom_