UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, A NORTH DAKOTA CORPORATION; AND RELIANCE SYSTEMS, INC., A NEVADA CORPORATION;<br><br>Plaintiffs,<br><br>vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA, NETWORK COMMUNICATIONS INTERNATIONAL CORP., A TEXAS CORPORATION;<br><br>Defendants. | 4:24-CV-04098-ECS<br><br><br><br>ORDER GRANTING JOINT MOTION TO AMEND STIPULATED PROTECTIVE ORDER |

On August 23, 2024, this Court entered an order granting the parties Joint Motion for Protective Order. Doc. 63. The parties have since filed a Joint Motion to Amend the Stipulated Protective Order to add the following two paragraphs:

> 16. "Confidential Attorneys' Eyes Only" Designation. The parties shall have the right to further designate Confidential documents or portions of documents as "Confidential – Attorneys' Eyes Only" where they reflect trade secrets, highly sensitive financial information, proprietary information, ongoing business development materials, highly confidential business information, or technological design information that is of such a sensitive and proprietary nature that disclosure must be protected, strictly limited, and used only as set forth in paragraph 3 of this Protective Order. The "Confidential – Attorneys' Eyes Only" designation is to be used in good faith.
> 17. Access to any Confidential – Attorneys' Eyes Only documents shall be limited to individuals and entities identified in Paragraph 4(a), (b), (c), (d), (f), (g), (h), and (i) of the Protective Order (Doc. 61). In addition, any other person agreed upon by the parties in writing who signs a Written Assurance may have access to Confidential – Attorneys' Eyes Only documents.

1

Doc. 88.  Having reviewed the Joint Motion to Amend the Stipulated Protective Order, id., and good cause appearing, it is hereby

ORDERED that the Joint Motion to Amend the Stipulated Protective Order, Doc. 88, is granted.  It is further

ORDERED that the previously granted Protective Order, Doc. 63, shall be amended to incorporate paragraphs 16 and 17 as detailed above.  It is finally

ORDERED that the parties shall comply with the terms and conditions stipulated to within the Amended Joint Motion for Protective Order filed in this case, see Docs. 61 and 88, and incorporated herein by this reference.

DATED this 12th day of June, 2025.

BY THE COURT:

*Eric Schulte*
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE