UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, A NORTH DAKOTA CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>RELIANCE SYSTEMS, INC., A NEVADA CORPORATION, YANKTON COUNTY, SOUTH DAKOTA, AND NETWORK COMMUNICATIONS INTERNATIONAL CORP. A TEXAS CORPORATION,<br><br>    Defendants. | 4:24-CV-04098-ECS<br><br><br>ORDER SETTING STATUS CONFERENCE |

On June 16, 2025, a Motion In Limine, or in the alternative, Motion to Compel, as well as a Motion to Extend Deadlines were filed by Yankton County. For good cause, it is hereby

ORDERED that a Status Conference is set for Wednesday, June 25, 2025, at 11:00 a.m., in Courtroom 2 of the United States Courthouse in Sioux Falls, South Dakota. The Court will discuss the pending motion and also the general status of this case during the hearing.

DATED this 17th day of June, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE