# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Eric C. Schulte, United States District Judge Presiding

| Courtroom Deputy - DJP | Court Reporter – Connie Heckenlaible |
| Courtroom - SF #3 | Date – June 25, 2025 |

4:24-CV-4098-ECS

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED and RELIANCE SYSTEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> YANKTON COUNTY, SOUTH DAKOTA and NETWORK COMMUNICATIONS INTERNATIONAL CORP., <br><br> Defendants. | Alan M. Anderson <br><br><br><br><br><br> Melissa R. Jelen <br><br> Dylan M. Miller, Nicholas G. Moser |

TIME HEARING SCHEDULED TO BEGIN: 11:30 AM

TIME:
11:32 AM        Enter status conference.

The Court provides a brief history.

Statements by Ms. Jelen
Response by Mr. Moser
Response by Mr. Anderson
Reply by Ms. Jelen

Statements by the Court.

12:35 PM        Court in recess.