UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FOLKS INCORPORATED and RELIANCE SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YANKTON COUNTY, SOUTH DAKOTA and NETWORK COMMUNICATIONS INTERNATIONAL CORP., <br><br> Defendants. | Case No.: 4:24-cv-04098 <br><br><br> DEFENDANT NCIC'S JOINDER IN DEFENDANT YANKTON COUNTY'S MOTION IN LIMINE, OR IN THE ALTERNATIVE, MOTION TO COMPEL (DOC. 94) |

Defendant Network Communications International Corp. ("NCIC"), through its undersigned attorneys, hereby joins in Defendant Yankton County's Motion in Limine, or in the Alternative, Motion to Compel (Doc. 94). Defendant NCIC adopts all facts, declarations, and legal arguments presented by Yankton County as set forth in Yankton County's Declaration of Counsel (Doc. 96), Yankton County's Memorandum in Support of Motion in Limine, or in the Alternative, Motion to Compel (Doc. 97) and any and all arguments made by Yankton County in support thereof.

Dated: July 11, 2025.

    /s/ Nicholas G. Moser
Nicholas G. Moser – SDBA #4650
Dylan M. Miller – SDBA #5439
Marlow, Woodward & Huff, Prof. LLC
PO Box 667
200 W. Third St.
Yankton, SD 57078
Telephone: (605) 665-5009
Facsimile: (605) 665-4788
Email: nick@mwhlawyers.com;
      dylan@mwhlawyers.com
*Attorneys for Defendant Network Communications International Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2025, the foregoing ***NCIC JOINDER IN DEFENDANT YANKTON COUNTY'S MOTION IN LIMINE, OR IN THE ALTERNATIVE, MOTION TO COMPEL (DOC 94)*** was served via CM/ECF to all parties on the service list who have registered to receive service by e-mail over CM/ECF.

/s/ Nicholas G. Moser
Nicholas G. Moser