UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, A NORTH DAKOTA CORPORATION; AND RELIANCE SYSTEMS, INC., A NEVADA CORPORATION;<br><br>Plaintiffs,<br><br>vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA, NETWORK COMMUNICATIONS INTERNATIONAL CORP., A TEXAS CORPORATION;<br><br>Defendants. | 4:24-CV-04098-ECS<br><br>ORDER REFERRING MOTION TO MAGISTRATE |

On June 16, 2025, Defendant Yankton County filed a Motion in Limine, or in the Alternative, Motion to Compel. Doc. 94. United States magistrate judges have authority on designation from a district judge "to hear and determine any pretrial matter pending before the court," with certain exceptions not relevant here. 28 U.S.C. § 636(b)(1)(A). Therefore, it is hereby

ORDERED that Defendant's Motion to Compel, Doc. 94, is referred to United States Magistrate Judge Mark A. Moreno.

DATED this 11 day of July, 2025.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE