UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, and RELIANCE SYSTEMS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>YANKTON COUNTY, SOUTH DAKOTA and NETWORK COMMUNICATIONS INTERNATIONAL CORP.,<br>Defendants. | Case No.: 4:24-cv-04098<br><br>**MOTION TO STRIKE** |

Pursuant to D.S.D. LR 7.1 and this Court's inherent authority, Defendant Yankton County, South Dakota hereby moves the Court to strike Plaintiffs' Opposition to Defendant NCIC's "Joinder" (Doc. 117) and Declaration of Alan Anderson (Doc. 118) to the extent they relate or respond to Yankton County's Reply Brief in Support of its Motion in Limine or Motion to Compel. Plaintiffs' Opposition to NCIC's Joinder is an improper surreply, and Plaintiffs failed to seek leave of Court to submit a surreply. In further support of this Motion, Defendant Yankton County, South Dakota submits the accompanying Memorandum.

Dated: July 24, 2025.

/s/ Claire E. Wilka
Melissa R. Jelen
Claire E. Wilka
Cadwell Sanford Deibert & Garry LLP
200 E 10th Street Suite 200
Sioux Falls, SD 57104
(605)336-0828
mjelen@cadlaw.com
cwilka@cadlaw.com
*Attorneys for Defendant Yankton County, South Dakota*
