UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, and RELIANCE SYSTEMS, INC., a Nevada corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>YANKTON COUNTY, SOUTH DAKOTA and NETWORK COMMUNICATIONS INTERNATIONAL CORP.,<br>              Defendants. | Case No.: 4:24-cv-04098<br><br>**REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE** |

Defendant Yankton County, South Dakota, by and through its counsel of record, and pursuant to D.S.D. LR 7.1 and this Court's inherent authority, submits the following as its Reply Memorandum in Support of its Motion to Strike.

## ARGUMENT

Plaintiffs' Opposition to Defendant Yankton County's Motion to Strike (DOC 121) fails to cite to a single legal authority that would support its filing of a surreply brief without leave of Court. Plaintiffs' opposition also completely fails to address the arguments and authority raised by Yankton County in support of its motion to strike.

For the reasons set forth in the Memorandum in Support of Motion to Strike, Yankton County's Motion to Strike Plaintiffs' Opposition to Defendant NCIC's "Joinder" (DOC 117) and Declaration of Alan Anderson (Doc. 118) to the extent they relate to or respond to Yankton County's Reply Brief in Support of its Motion in Limine or Motion to Compel should be granted.

Dated: August 6, 2025.

        */s/ Melissa R. Jelen*
        Melissa R. Jelen
        Claire E. Wilka
        Cadwell Sanford Deibert & Garry LLP
        200 E 10th Street Suite 200
        Sioux Falls, SD 57104
        (605)336-0828
        mjelen@cadlaw.com
        cwilka@cadlaw.com
        *Attorneys for Defendant Yankton*
        *County, South Dakota*