IN THE UNITED STATES DISTRICT COURT
FOR SOUTH DAKOTA

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, <br><br> and <br><br> RELIANCE SYSTEMS INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> YANKTON COUNTY, SOUTH DAKOTA, <br><br> and <br><br> NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation, <br><br> Defendants. | Civil No. 4:24-cv-04098-ECS <br><br><br> **DECLARATION OF ALAN M. ANDERSON** |

I, Alan M. Anderson, hereby declares under penalty of perjury as follows:

1. I am lead counsel for Plaintiffs Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc. (collectively, "Plaintiffs"). I am admitted to this Court *pro hac vice*. This declaration is based on personal knowledge unless otherwise indicated.

2. This declaration is submitted pursuant to Fed. R. Civ. P. 56(d).

3. Defendant Yankton County's ("Yankton") motion for summary judgment (Doc. 125) was filed approximately five (5) months prior to the close of fact discovery. *See* Doc. 111, ¶1.

4. Yankton's motion raises issues relating of the extent to which Yankton may be barred by estoppel from rescinding the two contracts it entered into with Plaintiffs in 2020, and whether the Yankton County Commission was aware of and/or approved those contracts. *See Harding County v. Frithiof*, 575 F.3d 767, 775-777 (8th Cir. 2009); *Harding County v. Frithiof*, 483 F.3d 541, 549-550 (8th Cir. 2007). In particular, Yankton's motion raises questions regarding what information regarding the two contracts with the Plaintiffs were disclosed or provided to the Yankton County Commission and what the policy or practice (if any) of the Yankton County Commission was regarding holding public hearings for approval of contracts such as those with each of the Plaintiffs.

5. As a result, one or more depositions of the Yankton County Auditor and/or one or more representatives of the Yankton County Commission are in order, as well as written discovery.

6. On August 29, 2025, Plaintiffs served document requests and interrogatories on Yankton. Some of the document requests and interrogatories seek documents and information relating to documents provided by the auditor to the Yankton County Commission that refer or relate to either of the Plaintiffs, as well as any policies or practices of the Yankton County Commission relating to holding public hearings or approving contracts such as those with each of the Plaintiffs. Plaintiffs also presently intend to notice and take a deposition of the Yankton County Auditor and one or more representatives of the Yankton County Commission.

7. As a result of the need to obtain the documents, information and deposition testimony identified above, Plaintiffs cannot fully present facts essential to support its opposition to Yankton's motion for summary judgment. Plaintiffs need sufficient time to receive responses to its pending document requests and interrogatories served on Yankton. Because approximately

2

five months remain in the period in which fact discovery may be taken, sufficient time remains for Plaintiffs to do so.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief as of the date of execution of this declaration.

Dated: September 3, 2025.

*[signature]*
Alan M. Anderson