UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, A NORTH DAKOTA CORPORATION; AND RELIANCE SYSTEMS, INC., A NEVADA CORPORATION;<br><br>Plaintiffs,<br><br>vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA, NETWORK COMMUNICATIONS INTERNATIONAL CORP., A TEXAS CORPORATION;<br><br>Defendants. | 4:24-cv-4098<br><br>ORDER SETTING ORAL ARGUMENTS |

On August 12, 2025 a Report and Recommendations on Motions in Limine, to Compel, for Joinder, to Strike, and for Expenses was filed by Magistrate Judge Mark A. Moreno. Doc. 124. On August 26, 2025 Objections to the Report and Recommendation were filed by the Plaintiff. Doc. 131. Plaintiff requests oral argument on its objections. For good cause, it is hereby

ORDERED that Oral Arguments regarding the Objections to the Report and Recommendation are scheduled for Friday, October 3, 2025, at 9:30 a.m., in Courtroom 2 of the United States Courthouse in Sioux Falls, South Dakota.

DATED this _11_ day of September, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE