UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, and RELIANCE SYSTEMS, INC., a Nevada corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>YANKTON COUNTY, SOUTH DAKOTA and NETWORK COMMUNICATIONS INTERNATIONAL CORP.,<br>     Defendants. | Case No.: 4:24-cv-04098<br><br>MOTION TO STRIKE |

  Defendant Yankton County, South Dakota, by and through counsel, moves the Court pursuant to Fed. R. Civ. P. 56(c)(4) and Fed. R. Evid. 602 to strike the following statements within the Declaration of Dave Hangsleben (DOC 137):

  Paragraph 5: "I believe Yankton and the Yankton County Commission and its members knew that it was receiving payments from Reliance Telephone during the existence of the 2010 oral agreement."

  Paragraph 6: "If I had had any belief or understanding that any prior authorization, public notice, public hearing or resolution was necessary from the Yankton County Commission or any other person, Reliance Telephone would not have continued to provide services and payments to Yankton."

  Paragraph 12: "I believe Yankton and the Yankton County Commission and its members knew that it was receiving payments from Reliance Systems during the existence of the 2016 Systems Contract."

  Paragraph 14: "If I had had any belief or understanding that any prior authorization, public notice, public hearing or resolution was necessary from the Yankton County Commission or any other person with respect to the 2016 Systems Contract, Reliance Systems would not have continued to provide services and payments to Yankton."

Paragraph 20: "I believe Yankton and the Yankton County Commission and its members knew that it was receiving payments from Reliance Telephone during the existence of the 2020 Telephone Contract."

Paragraph 22: "If I had had any belief or understanding that any prior authorization, public notice, public hearing or resolution was necessary from the Yankton County Commission or any other person with respect to the 2020 Telephone Contract, Reliance Telephone would not have continued to provide services and payments to Yankton."

Paragraph 28: "I believe Yankton and the Yankton County Commission and its members knew that it was receiving payments from Reliance Systems during the existence of the 2020 Systems Contract."

Paragraph 30: "If I had had any belief or understanding that any prior authorization, public notice, public hearing or resolution was necessary from the Yankton County Commission or any other person with respect to the 2020 Systems Contract, Reliance Systems would not have continued to provide services and payments to Yankton."

This Motion is supported by the Memorandum in Support of Motion to Strike submitted herewith.

Dated: September 17, 2025.

CADWELL SANFORD DEIBERT
& GARRY LLP

/s/ *Melissa R. Jelen*
Melissa R. Jelen
Claire E. Wilka
200 E 10th Street Suite 200
Sioux Falls, SD 57104 (605)336-0828
mjelen@cadlaw.com
cwilka@cadlaw.com
Attorneys for Defendant Yankton County, South Dakota