UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation; RELIANCE SYSTEMS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA; NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation,<br><br>Defendants. | 4:24-CV-04098-ECS<br><br>ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER AND EXTEND DEADLINES |

Before the Court is Defendant Yankton County's Motion to Amend Scheduling Order and Extend Deadlines. Doc. 142. The motion is joined by Defendant Network Communications International Corp. Doc. 145. Plaintiffs oppose the motion. Doc. 161. The Court has considered the submissions of the parties. Good cause appearing, it is hereby

ORDERED that Defendants' Motions to Amend Scheduling Order and Extend Deadlines, Docs. 142 & 145, are granted and that the following deadlines now apply in this case:

1. All discovery (excluding expert discovery) must be completed by **January 30, 2026**. All expert discovery must be completed by **February 27, 2026**. A maximum of **25**

interrogatories, **35** requests for production, and **25** requests for admissions by each party are allowed, and responses thereto are due thirty days after service. Discovery responses must be supplemented as additional information becomes available. Discovery disputes must be called promptly to the Court's attention by the making of an appropriate motion and do not justify deviating from this pretrial schedule.

    2. The identity of and reports from retained experts under Rule 26(a)(2) are due from Defendants by **December 5, 2025**. Plaintiff's expert rebuttal reports, if any, are due by **January 16, 2026**. Any supplementations thereto under Rule 26(e) are due twenty days prior to trial. Disclosures and reports under Rule 26(a)(2) are not filed with the Clerk. Any expert not so designated will not be permitted to testify at trial.

    3. All motions, other than motions in limine, together with supporting briefs, must be filed and served on or before **April 15, 2026**. Opposing parties must file and serve any answering materials and briefs within twenty-one days. Reply briefs, if any, must be filed and served within fourteen days. All non-dispositive motions shall be filed no later than 30 days before trial.

    All other deadlines set forth in this Court's prior Rule 16 Scheduling order, Doc. 64, shall remain unchanged.

    DATED this 29th day of September, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE