# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Eric S. Schulte United States District Judge Presiding

| Courtroom Deputy – RMM | Court Reporter – Carla Dedula |
|---|---|
| Courtroom – SF #2 | Date – October 3, 2025 |

### 4:24-cv-04098-ECS

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, *a North Dakota Corporation*, and RELIANCE SYSTEMS, INC., *a Nevada Corporation,*<br><br>Plaintiffs,<br><br>vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA,<br><br>and<br><br>NETWORK COMMUNICATIONS INTERNATIONAL CORP., *a Texas Corporation,*<br><br>Defendants. | Alan M. Anderson<br><br><br><br><br><br><br><br>Melissa R. Jelen and Claire E. Wilka<br><br><br><br>Dylan M. Miller and Nicholas G. Moser |

TIME HEARING SCHEDULED TO BEGIN: 9:30 AM

<u>TIME:</u>

9:33 AM   Enter oral argument regarding Report and Recommendations (Doc. 124).

   Attorney Anderson argues in support of Plaintiffs' Objections and against the Report and Recommendations.

   Attorney Wilka for Defendant Yankton County presents argument regarding the Report and Recommendations.

   Attorney Moser for Defendant NCIC presents argument regarding the Report and Recommendations.

   Attorney Anderson presents a rebuttal.

                The Court rules orally on the Motion to Compel.  A written order will follow.

                The Court takes the remaining issues under advisement.

11:23 AM      Court is adjourned.