UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation; RELIANCE SYSTEMS, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA; NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation,<br><br>Defendants. | 4:24-CV-04098-ECS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION IN PART AND GRANTING MOTION TO COMPEL |

On October 3, 2025, this Court heard oral argument on Plaintiffs' objections to the Magistrate Judge's Report and Recommendations on various motions, including the Motion in Limine, or in the Alternative, Motion to Compel, at Docket 94. This Court took under advisement the arguments made as to most matters considered in the Report and Recommendation. With an eye on swiftly resuming discovery, the Court orally ruled on the Motion to Compel within Docket 94. A forthcoming written opinion will consider the Motion in Limine in that same filing, as well as the remaining matters considered by the Report and Recommendation. In accordance with this Court's oral ruling, it is hereby

ORDERED that the Motion to Compel portion only of Judge Moreno's Report and Recommendation, Docket No. 124, is adopted, and the Motion to Compel portion of Docket No.

94 is granted. Plaintiffs are ordered to produce documents responsive to RFP 8, 9, 26 & 30. The remaining matters in the Report and Recommendation, including the Motion in Limine at Docket No. 94 will be considered in a later written opinion.

DATED this 6th day of October, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE