UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation; RELIANCE SYSTEMS, INC., a Nevada corporation,<br><br>     Plaintiffs,<br><br> vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA; NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation,<br><br>     Defendants. | 4:24-CV-04098-ECS<br><br><br>ORDER SETTING<br>ORAL ARGUMENTS |

  On August 13, 2025, Defendant Yankton County, South Dakota filed a Motion for Summary Judgment.  Doc. 125.  On September 3, 2025, Plaintiffs filed a Memorandum in Opposition to the Motion for Summary Judgment.  Doc. 135.  On September 17, 2025, Defendants entered a Motion to Strike Doc. 137, Declaration of Dave Hangsleben.  Doc. 147.  On October 8, 2025, Plaintiffs filed a Memorandum in Opposition to Motion to Strike.  Doc. 167.  For good cause, it is hereby

  ORDERED that Oral Arguments regarding the Motion for Summary Judgment and the

Motion to Strike are scheduled for Friday, November 7, 2025, at 9:30 a.m., in Courtroom 1 of the United States Courthouse in Sioux Falls, South Dakota.

DATED this 14th day of October, 2025.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE