UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FOLKS INCORPORATED and RELIANCE SYSTEMS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>YANKTON COUNTY, SOUTH DAKOTA and NETWORK COMMUNICATIONS INTERNATIONAL CORP.,<br><br>    Defendants. | Case No.: 4:24-cv-04098<br><br>NOTICE OF WITHDRAWAL OF DYLAN M. MILLER AS COUNSEL FOR DEFENDANT NETWORK COMMUNICATIONS INTERNATIONAL CORP. |

TO:   PLAINTIFF RELIANCE TELEPHONE OF GRAND FOLKS INCORPORATED;
      PLAINTIFF RELIANCE SYSTEMS, INC.; AND
      DEFENDANT YANKTON COUNTY, SOUTH DAKOTA.

**COMES NOW** Dylan M. Miller of Marlow, Woodward and Huff, Prof. LLC, attorney of record for Defendant Network Communications International Corp. ("NCIC"), and hereby provides notice that the undersigned is no longer representing NCIC in the above-entitled matter. Nicholas G. Moser of the Marlow, Woodward and Huff, Prof. LLC shall remain as counsel of record on behalf of Defendant NCIC and continue to receive notices as requested.

Dated: October 28th, 2025.

                          /s/ *Dylan M. Miller*
                          Nicholas G. Moser – SDBA #4650
                          Dylan M. Miller – SDBA #5439
                          Marlow, Woodward & Huff, Prof. LLC
                          200 W. Third St.
                          Yankton, SD 57078
                          Telephone: (605) 665-5009
                          Email: nick@mwhlawyers.com;
                                     dylan@mwhlawyers.com
                          *Attorneys for Defendant Network Communications International Corp.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of October 2025, the foregoing *Notice of Withdrawal of Dylan M. Miller as Counsel for Defendant Network Communications International Corp.* was served via CM/ECF to all parties on the service list who have registered to receive service by e-mail over CM/ECF.

                                 /s/ Dylan. Miller
                                 Dylan M. Miller