# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Eric C. Schulte United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - JLS | Court Reporter – Carla Dedula |
| Courtroom - SF #1 | Date – November 7, 2025 |

### 4:24-CV-4098-ECS

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED; RELIANCE SYSTEMS, INC.<br><br>Plaintiffs,<br>vs.<br>YANKTON COUNTY, SOUTH DAKOTA;<br><br>NETWORK COMMUNICATIONS INTERNATIONAL CORP.<br><br>Defendants. | Alan Anderson<br><br><br><br><br>Claire Wilka<br><br>Nicholas Moser |

TIME HEARING SCHEDULED TO BEGIN: 9:30 AM

<u>TIME:</u>

9:32 AM    Enter motion hearing re: [125] Motion for Summary Judgment

           The Court addresses Counsel
           Attorney Wilka addresses the Court
           Attorney Anderson addresses the Court
           Further discussion

           The Court will take this matter under advisement and issue a written order.

           Attorney Moser addresses the Court regarding a response deadline. Response deadline will be Wednesday next week.

10:49 AM    Court is adjourned