UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, A NORTH DAKOTA CORPORATION; AND RELIANCE SYSTEMS, INC., A NEVADA CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA, NETWORK COMMUNICATIONS INTERNATIONAL CORP., A TEXAS CORPORATION,<br><br>Defendants. | 4:24-CV-04098-ECS<br><br><br>ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER AND EXTEND DEADLINES |

On November 20, 2025, Defendant Yankton County, South Dakota moved to amend the Scheduling Order. Doc. 173. On November 24, 2025, Plaintiff filed a Response. Doc. 174. Considering the submissions by the parties, it is hereby

ORDERED that the Motion to Amend Scheduling Order and Extend Deadlines, Doc. 173, is granted and that the following deadlines now apply in this case.

1. All discovery (excluding expert discovery) must be completed by **March 2, 2026**. All expert discovery must be completed by **March 30, 2026**. A maximum of **25** interrogatories, **35** requests for production, and **25** requests for admissions by each party are allowed, and responses thereto are due thirty days after service. Discovery responses must be supplemented as additional information becomes available.

1

Discovery disputes must be called promptly to the Court's attention by the making of an appropriate motion and do not justify deviating from this pretrial schedule.

2. The identity of and reports from retained experts under Rule 26(a)(2) are due from the Defendant by **January 5, 2026**. Plaintiff's expert rebuttal reports, if any, are due by **February 16, 2026**. Any supplementations thereto under Rule 26(e) are due twenty days prior to trial. Disclosures and reports under Rule 26(a)(2) are not filed with the Clerk. Any expert not so designated will not be permitted to testify at trial.

3. All motions, other than motions in limine, together with supporting briefs, must be filed and served on or before **May 15, 2026**. Opposing parties must file and serve any answering materials and briefs within twenty-one days. Reply briefs, if any, must be filed and served within fourteen days. All non-dispositive motions shall be filed no later than 30 days before trial.

All other deadlines set forth in this Courts prior Rule 16 Scheduling order, Doc. 64, shall remain unchanged.

DATED this 25th day of November, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE