UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, A NORTH DAKOTA CORPORATION; AND RELIANCE SYSTEMS, INC., A NEVADA CORPORATION;<br><br>Plaintiffs,<br><br>vs.<br><br>YANKTON COUNTY, SOUTH DAKOTA, NETWORK COMMUNICATIONS INTERNATIONAL CORP., A TEXAS CORPORATION;<br><br>Defendants. | 4:24-CV-04098-ECS<br><br><br>ORDER REFERRING APPLICATION FOR FEES INCURRED IN RELATION TO MOTION TO COMPEL TO MAGISTRATE |

On January 26, 2026, Defendant Yankton County filed an Application for Fees Incurred in Relation to the Motion to Compel. Doc.177. United States magistrate judges have authority on designation from a district judge "to hear and determine any pretrial matter pending before the court," with certain exceptions not relevant here. 28 U.S.C. § 636(b)(1)(A). Therefore, it is hereby

ORDERED that Defendant's Application for Fees Incurred in Relation to the Motion to Compel, Doc.177, is referred to United States Magistrate Judge Mark A. Moreno.

DATED this 29th day of January, 2026.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE