IN THE UNITED STATES DISTRICT COURT
FOR SOUTH DAKOTA

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, <br><br> and <br><br> RELIANCE SYSTEMS INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> YANKTON COUNTY, SOUTH DAKOTA, <br><br> and <br><br> NETWORK COMMUNICATIONS INTERNATIONAL CORP., <br><br> Defendants. | Civil No. 4:24-cv-04098-ECS <br><br> STIPULATION FOR EXTENSION TO FILE PLAINTIFFS' RESPONSE TO YANKTON'S APPLICATION FOR FEES |

Plaintiffs Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc. (collectively, "the Plaintiffs") and Defendant Yankton County, South Dakota ("Yankton"), through their attorneys, hereby stipulate and jointly agree as follows:

1. Plaintiffs' Response to Yankton's Applications for Fees in Relation to its Motion to Compel ("Yankton's Application") (Doc. 177) was originally due on February 16, 2026.

2. An unforeseen technical issue has occurred affecting Plaintiffs' counsel's ability to timely work on, finalize, and file their Response (including issues related to computer motherboard technical failures, and loss of work).

3. Despite Plaintiffs exercising reasonable diligence, the unforeseen technical issuehas caused substantial delays impacting Plaintiffs' ability to file their Response to

Yankton's Application on February 16, 2026. Plaintiffs therefore, seek an additional seven (7) days, or one week, to file their Response on or before February 23, 2026.

4. Yankton does not oppose this limited extension and agrees that a seven (7) days, or one week will extension for Plaintiffs' Response will not prejudice Yankton or impact the Court's schedule.

5. Good cause exists for the requested relief, because the extension and delay were out of the control of Plaintiffs' counsel, who exercised reasonable diligence to seek an extension once the problem was known, and where Yankton does not oppose the extension.

6. This stipulation is submitted pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and is consistent with Local Rule 7.1, as well as this Court's inherent authority to manage its own docket.

WHEREFORE, the parties respectfully request that the Court enter the proposed order permitting Plaintiffs to file their Response to Yankton's Application on or before February 23, 2026.

Dated: February 12, 2026.

Patrick L. Sealey AT0007085
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
Phone: (712) 255-8838
Fax: (712) 258-6714
Email: Patrick.Sealey@heidmanlaw.com

*Attorneys for Plaintiff Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc.*

and

                                            Alan M. Anderson (MN Bar #149500)
                                            (admitted *pro hac vice*)
                                            L. Reagan Florence (MN Bar #0396468)
                                            (admitted *pro hac vice*)
                                            ALAN ANDERSON LAW FIRM LLC
                                            11100 Wayzata Blvd., Suite 545
                                            Minneapolis, MN 55305
                                            Tel: 612-756-7010
                                            Fax: 612-756-7050
                                            Email: aanderson@anderson-lawfirm.com
                                                           rflorence@anderson-lawfirm.com

Dated: February 12, 2026.                         /s/ Claire E. Wilka
                                            Melissa R. Jelen
                                            Claire E. Wilka
                                            Cadwell Sanford Deibert & Garry
                                            LLP 200 E 10th Street Suite 200
                                            Sioux Falls, SD 57104
                                            Ph: (605)336-0828
                                            Email: mjelen@cadlaw.com;
                                            cwilka@cadlaw.com

                                            *Attorneys for Defendant Yankton County,*
                                            *South Dakota*