# IN THE UNITED STATES DISTRICT COURT
# FOR SOUTH DAKOTA

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, and RELIANCE SYSTEMS INC., a Nevada corporation, Plaintiffs, v. YANKTON COUNTY, SOUTH DAKOTA, and NETWORK COMMUNICATIONS INTERNATIONAL CORP., Defendants. | Civil No. 4:24-cv-04098-ECS <br><br> **JOINT STIPULATED MOTION TO AMEND SCHEDULING ORDER** |

Pursuant to Fed. R. Civ. P. 16 and ¶13 of the Scheduling Order, Plaintiffs Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc., Defendant Yankton County, South Dakota, and Defendant Network Communications International Corp. (collectively the "Parties"), by and through their respective counsel, hereby stipulate and jointly move to extend the remaining Scheduling Order deadlines as follows:

1. The Parties have until **April 30, 2026** to complete all fact and expert discovery.

2. All motions, other than motions in limine, together with supporting briefs, must be filed and served on or before **June 15, 2026**.

Good cause exists for this amendment because:

1. The Parties remain engaged in fact and expert discovery, and have exchanged expert reports under the current deadlines set by the Court.

2. The Court has two motions to compel discovery pending for decision, the resolution of which will affect the remaining fact discovery.

2. Counsel for the Parties have multiple pre-existing scheduling conflicts under the current schedule, which adversely impact the completion of fact discovery and the coordination and scheduling of expert depositions.

3. The Parties are cooperatively working to schedule and complete discovery and expert depositions.

4. Extending the current deadlines as requested will permit the parties to more efficiently and effectively complete fact discovery and expert depositions.

Accordingly, the parties jointly move and respectfully request the Court to enter an Order amending the Scheduling Order deadlines as set forth above.

Dated: February 17, 2026.

Patrick L. Sealey AT0007085
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
Phone: (712) 255-8838
Fax: (712) 258-6714
Email: Patrick.Sealey@heidmanlaw.com

and

Alan M. Anderson (MN Bar #149500)
(admitted *pro hac vice*)
L. Reagan Florence (MN Bar #0396468)
(admitted *pro hac vice*)
ALAN ANDERSON LAW FIRM LLC
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Tel: 612-756-7010
Fax: 612-756-7050
Email: aanderson@anderson-lawfirm.com
rflorence@anderson-lawfirm.com

                                            *Attorneys for Plaintiffs Reliance Telephone of Grand Forks Incorporated and Reliance Systems Inc.*

Dated: February 17, 2026.                      /s/ Claire E. Wilka

                                            Melissa R. Jelen
Claire E. Wilka
Cadwell Sanford Deibert & Garry LLP
200 E 10th Street Suite 200
Sioux Falls, SD 57104
Ph: (605)336-0828
Email: mjelen@cadlaw.com;
cwilka@cadlaw.com

*Attorneys for Defendant Yankton County, South Dakota*

Dated: February 17, 2026.                      /s/ Nicholas Moser

Nicholas G. Moser – SDBA #4650
Dylan M. Miller – SDBA #5439
Marlow, Woodward & Huff, Prof. LLC
PO Box 667
200 W. Third St.
Yankton, SD 57078
Telephone: (605) 665-5009
Facsimile: (605) 665-4788
Email: nick@mwhlawyers.com;
        dylan@mwhlawyers.com

*Attorneys for Defendant Network Communications International Corp.*