# IN THE UNITED STATES DISTRICT COURT
## FOR SOUTH DAKOTA

|  |  |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, ) ) ) ) | Civil No. 4:24-cv-04098-ECS |
| and ) ) | |
| RELIANCE SYSTEMS INC., a Nevada corporation, ) ) ) | **JUDGMENT OF DISMISSAL AS TO DEFENDANT, YANKTON COUNTY, SOUTH DAKOTA ONLY** |
| Plaintiffs, ) ) | |
| v. ) ) | |
| YANKTON COUNTY, SOUTH DAKOTA, ) ) | |
| and ) ) | |
| NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation, ) ) ) ) | |
| Defendants. ) ) ) | |

Upon the reading and filing of the Stipulation for Judgment of Dismissal as to Defendant, Yankton County, South Dakota Only, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED

1. That the above-entitled action shall be, and the same is, hereby dismissed by Plaintiffs as to Defendant, Yankton County, South Dakota only on its merits, with prejudice, without taxation of costs and without further notice to any party. This action remains pending as to Defendant Network Communications International Corp. This dismissal reserves the causes of

action Plaintiffs have asserted against Defendant Network Communications International Corp. in their entirety.

2.      Defendant Yankton County, South Dakota's Motion for Summary Judgment (Doc. 125) is hereby denied as moot.

3.      Defendant Yankton County, South Dakota's application for attorney's fees (Doc. 177) is hereby denied as moot.

4.      Any document Defendant Yankton County, South Dakota produced in this action may still be used at trial and they are not subject to any destruction or return unless otherwise required by the Protective Order in this action until the completion of this action between Plaintiffs and Defendant Network Communications International Corp.

5.      Yankton County, South Dakota shall cooperate in making its employees available to serve as witnesses at the trial in this matter pursuant to any subpoena (accompanied by the requisite mileage and witness fees) issued by the Plaintiffs or Defendant Network Communications International Corp.

6.      Defendant Yankton County, South Dakota's Motion to Strike, Doc. 147, is denied as moot.

Dated this 27th day of March, 2026.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE

2