UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RELIANCE TELEPHONE OF GRAND FOLKS INCORPORATED and RELIANCE SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETWORK COMMUNICATIONS INTERNATIONAL CORP., <br><br> Defendants. | Case No.: 4:24-cv-04098 <br><br><br> **NOTICE OF WITHDRAWAL & SUBSTITUTION OF COUNSEL** |

To: All Counsel and the Clerk of the above-entitled Court:

<u>WITHDRAWAL AND SUBSTITUTION OF COUNSEL</u>

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Nicholas G. Moser, and the firm of Marlow, Woodward & Huff, PLLC, attorneys of record for Defendant Network Communications International Corp., do hereby withdraw from the above entitled cause, and have been substituted by Tyler Haigh of Evans Haigh & Arndt, LLP. All further papers and pleadings herein shall be served upon Defendant at Evans Haigh & Arndt, LLP.

Defendant is aware of the withdrawal by current counsel and the substitution of Tyler Haigh of Evans, Haigh & Arndt, LLP as substitute counsel and has consented to it.

**[Remainder of Page Intentionally Left Blank - Next Page is Signature Page]**

Dated this **20th** day of May, 2026.

MARLOW, WOODWARD & HUFF PLLC

_____
Nicholas G. Moser
PO Box 667
Yankton, SD 57078
(605) 665-5009
Email: nick@mwhlawyers.com

Dated this **18th** day of May, 2026.

EVANS HAIGH & ARNDT, LLP

_____
Tyler Haigh
PO Box 2790
Sioux Falls, SD 57101
(605) 275-9599
Email: thaigh@ehalawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2026, a true and correct copy of **Notice of Withdrawal & Substitution of Counsel** was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nicholas G. Moser
Nicholas G. Moser