UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| | \* | |
| RELIANCE TELEPHONE OF GRAND FOLKS INCORPORATED AND RELIANCE SYSTEMS, INC., | \* | 4:24-cv-4098-ECS |
| | \* | |
| Plaintiffs, | \* | |
| | \* | |
| vs. | \* | **NOTICE OF APPEARANCE** |
| | \* | |
| NETWORK COMMUNICATIONS INTERNATIONAL CORP., | \* | |
| | \* | |
| Defendant. | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TO:    ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE of the appearance of Ryan W.W. Redd of Evans, Haigh &

Arndt, LLP, P.O. Box 2790, Sioux Falls, SD 57101, on behalf of Network Communications

International Corp., Defendant in the above-captioned matter.

Dated this 29th day of May, 2026.

EVANS, HAIGH & ARNDT, L.L.P.

/s/ Ryan W.W. Redd
Tyler W. Haigh
Ryan W.W. Redd
225 E. 11th Street, Suite 201
PO Box 2790
Sioux Falls, SD 57101-2790
(605) 275-9599; Fax:  (605) 275-9602
Email: thaigh@ehalawyers.com
      rredd@ehalawyers.com
*Attorneys for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, one of the attorneys for Defendant, hereby certifies on the 29th day of

May, 2026, I caused the following document:

♦ **Notice of Appearance**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail

notice of the electronic filing to the following:

Alan M. Anderson
L. Reagan Florence
Alan Anderson Law Firm, LLC
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Telephone: (612) 756-7010
Email: aanderson@anderson-lawfirm.com
        rflorence@anderson-lawfirm.com

Patrick L. Sealey
Heidman Law Firm, PLLC
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
Telephone: (712) 255-8838
Email: Patrick.sealey@heidmanlaw.com
 *Attorneys for Plaintiff*

/s/ Ryan W.W. Redd
Ryan W.W. Redd

2