## IN THE UNITED STATES DISTRICT COURT
## FOR SOUTH DAKOTA

|  |  |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, | Civil No. 4:24-cv-04098-ECS |
| and | |
| RELIANCE SYSTEMS INC., a Nevada corporation, | |
| Plaintiffs, | **PLAINTIFFS' MOTION TO EXCLUDE NCIC'S EXPERT WITNESS, LEE G. PETRO** |
| v. | |
| YANKTON COUNTY, SOUTH DAKOTA, | |
| and | |
| NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation, | |
| Defendants. | |

Plaintiffs Reliance Telephone of Grand Forks Incorporated ("Reliance Telephone") and Reliance Systems Inc. ("Reliance Systems") (collectively, "Plaintiffs") respectfully move this Court for an order excluding Defendant Network Communications International Corp.'s ("NCIC") expert witness, Lee G. Petro, from providing any evidence or testifying as an expert witness in this action. This motion is brought pursuant to Fed. R. Evid. 702 and 703, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny. Plaintiffs' motion is supported by its Memorandum of Law and the Declaration of L. Reagan Florence, dated June 3, 2026, and attached exhibits, which are filed contemporaneously herewith.

Dated: June 3, 2026.

Patrick L. Sealey AT0007085
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
Tel: (712) 255-8838
Fax: (712) 258-6714
Email: Patrick.Sealey@heidmanlaw.com

and

Alan M. Anderson (MN Bar #149500)
(admitted *pro hac vice*)
L. Reagan Florence (MN Bar #0396468)
(admitted *pro hac vice*)
ALAN ANDERSON LAW FIRM LLC
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Tel: 612-756-7010
Fax: 612-756-7050
Email: aanderson@anderson-lawfirm.com
       LRForence@anderson-lawfirm.com

*Attorneys for Plaintiff Reliance Telephone of Grand Forks Incorporated and Reliance Systems*

2