# IN THE UNITED STATES DISTRICT COURT
## FOR SOUTH DAKOTA

|  |  |
|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, | ) ) ) ) |
| and | ) ) |
| RELIANCE SYSTEMS INC., a Nevada corporation, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| YANKTON COUNTY, SOUTH DAKOTA, | ) ) |
| and | ) ) |
| NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation, | ) ) ) ) |
| Defendants. | ) ) ) |

Civil No. 4:24-cv-04098-ECS

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(a), Plaintiffs Reliance Telephone of Grand Forks Incorporated ("Reliance Telephone") and Reliance Systems Inc. ("Reliance Systems") (collectively, "Plaintiffs") hereby move for Partial Summary Judgment on their claims against Defendant Network Communications International Corp. ("NCIC") for tortious interference with business relationships (Count VIII), and for violation of the Lanham Act, 15 U.S.C. §1125(a)(1)(B) (Count VII). Plaintiffs' motion is supported by its memorandum of law, statement of material undisputed facts, and accompanying declaration and exhibits, which are contemporaneously filed herewith.

Dated: June 15, 2026.

Patrick L. Sealey, SD Bar #2465
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
Tel: (712) 255-8838
Fax: (712) 258-6714
Email: Patrick.Sealey@heidmanlaw.com

and

Alan M. Anderson (MN Bar #149500)
(admitted *pro hac vice*)
L. Reagan Florence (MN Bar #0396468)
(admitted *pro hac vice*)
ALAN ANDERSON LAW FIRM LLC
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Tel: 612-756-7010
Fax: 612-756-7050
Email: aanderson@anderson-lawfirm.com
        LRForence@anderson-lawfirm.com

*Attorneys for Plaintiff Reliance Telephone of Grand Forks Incorporated and Reliance Systems*

2