# EXHIBIT B

## COVER SHEET
## DOCUMENT FILED UNDER SEAL