# EXHIBIT J

*Reliance Telephone, et al. v.*
*Yankton County, et al.*

James Vlahakis
July 9, 2025



*Audrey M. Cook, RPR*
*audrey@paramountreporting.com*
*605.321.3539*

Min-U-Script® with Word Index

Page 17

you left office in '22, did you have any conversations with Mr. Crissey regarding him assuming your position?

A   He came and talked to me one time for about an hour.

Q   Do you recall when that was during the June to end of December time period?

A   Later.  Probably the fall of '22.

Q   Do you recall what the two of you discussed generally for that hour?

A   His main concern was the financial part of the checking account.  He really didn't -- yeah, he didn't spend a lot of time with me on anything of substance.

Q   When you say his main concern was the financial part of the checking account, can you explain more what you mean by that, sir?

A   He wanted to make sure that the sheriff's account was transferred to him, which it was, I mean, and -- that's -- I mean, that's what was his biggest concern at that time.

Q   Can you recall anything else that he raised with you during that hour-long meeting?

A   No.

Q   Do you recall him ever indicating to you or becoming aware -- indicating to you that he had concerns about your level of technology?

A   He did not say that to me.  I heard that he said that,

Page 18

that, you know, we were behind the times as far as, you know, Facebook and things like that.

Q   When you say you heard that he had said that, how did you hear that he said that?

A   I think it was during his campaign, when he was giving -- giving talks.  Really didn't concern me.  I mean, I was -- I was -- I was done, and...

Q   And when you say he was concerned about technology, he's talking about things like Facebook?

A   Yeah, Facebook and -- yeah.

Q   Anything else that you recall?

A   No.

Q   Do you know whether Mr. Crissey spoke with any of your -- the people working for you or reporting to you at the jail before he assumed office?

A   I'm assuming he did.

Q   Okay.

A   I --

Q   Okay.  Did you -- did any of them ever communicate to you, "Hey, Sheriff-elect Crissey came and talked to me" or "I spoke with him"?

A   They wouldn't come -- they didn't come to me and tell me that, but, yeah, I assumed that was happening.

Q   Okay.  When you became sheriff in January of 2011, am I correct that Reliance Telephone or Reliance Systems was

Page 19

providing services to Yankton County?

A   Yeah.  I believe they -- they had been the provider for the tele- -- you know, inmate telephone service for quite some time under the previous sheriff.

Q   Did you have any conversations with Mr. Hunhoff, before he retired, about Reliance Telephone providing inmate telephone services to the county?

A   I don't recall that ever -- ever coming up.  I know once I took over, I -- we just -- I -- we kept Reliance's.  There was no problems.

Q   Okay.  Do you recall whether Mr. Hunhoff indicated to you how long Reliance Telephone had providing -- had been providing inmate telephone services for the county?

A   I don't.

Q   Okay.  When you took over in January of 2011 and Reliance Telephone was providing the inmate telephone services, did you have any conversations with anyone from Reliance Telephone to introduce yourself?

A   I don't recall.  I do recall meeting the owner of Reliance at a sheriffs conference.  It was either in North Dakota or South Dakota, you know, at one time and having a conversation with him.

Q   That was Mr. Hangsleben?

A   Dave.  Is that -- yeah.

Page 20

Q   Do you recall -- you don't recall when that was, though?

A   I don't.  It was -- it was about the time where inmate texting had started, a little into that, and, you know, they were a constant present at, you know, most of the sheriffs conferences.

Q   From January of 2011, you know, say, the first five-year increments to 2015, were you satisfied with the services being provided by Reliance Telephone?

A   Yes.

Q   Did anyone at the jail, to your knowledge, express concerns or complaints about Reliance Telephone's services that they were providing for inmate telephone?

A   No.

Q   You continued to use Reliance Telephone as your service provider throughout that time period?

A   Yes.

Q   During that time period, would you occasionally receive solicitations from other potential vendors, if you recall?

A   Yeah.  I received constant mailings from vendor -- you know, yes.

Q   Okay.  But you didn't act on them?

A   No.

Q   Okay.  And that was because you were happy with the

Page 21

services being provided by Reliance Telephone?

A   Yes, and Reliance was right in the Midwest, you know, North Dakota, and many of the other jails used Reliance also, so...

Q   And when you -- when you got to -- when you assumed office as sheriff, the arrangement with Reliance Telephone involved them paying the county proceeds from the inmates' use of the telephones, correct?

A   Correct.

Q   And so you would receive a payment monthly?

A   Yes.

Q   Would you -- that went to the county general funds?

A   Yes.

Q   Okay.  And would you report the receipt of these funds to the Yankton County commissioners periodically?

A   Yeah, I -- when I first became sheriff, we met with the county commission department heads once a month. Later, it came down to every three months, and then we -- yeah, I'd send a report every month of all the revenues coming into the jail, which included Reliance.

Q   Do you recall ever specifically telling any -- during any of these meetings or any of the commissioners that "We're getting these revenues from Reliance Telephone"?

A   Yes.

Q   Do you recall who or when?

Page 22

A   As normal county commissions, they were -- most of the questions they asked of me were on the revenues from the jail, and Reliance was one of them, along with, you know, the inmate housing, US Marshals, Immigration and Customs, so forth.  So they got a report every month on the revenues from Reliance.

Q   Okay.  And you recall one or more of the commissioners asking you specifically about Reliance Telephone's revenues?

A   I -- I don't recall -- I remember talking because I talked about this in public when Reliance first came out with the inmate texting and came to us, or came to Mark and then to me, to have us get the inmate texting in the jail.  I didn't think it was going to be a big deal.  I said, nah, nobody's going to use it.  Yes, I was wrong.  And I would -- when I'd talk to public groups, I'd tell them about this, that, you know, it's the one thing that the inmates had to have.

Q   And when you talked to the public about this, would you specifically mention Reliance Telephone?

A   I don't think I said the company's name, but I -- you know, it was -- talked about the texting and the utilization of it and how much it turned out to be.

Q   Do you recall mentioning or discussing with any member of the Yankton County Commission that you were getting,

Page 23

now, text-messaging revenue from Reliance Telephone?

A   Sure.  I mean, and it even -- on the reports, the revenue reports, I mean, it showed Reliance.  Now, I don't know if the text was broken out from telephone or not, but they were given that information every month.

Q   None of them ever said "Hey, what are you doing signing a contract without our approval?" or words to that effect?

A   No.  I mean, they were well aware of it, and, you know, any contracts that I signed also went through the state's attorney's office.  That was just my procedure, for their signoff.  They would look at them, and if there was an issue, they'd email me or call me.

Q   Okay.  So all of the contracts -- and we're going to look at them.  All of the contracts that you signed with Reliance Telephone or Reliance Systems, you first had your state's attorney review; is that correct, sir?

A   I did that with all contracts, yeah.  I just had them take a look at this before --

Q   And that would include the Reliance contracts?

A   Yes.

Q   Okay.  And do you recall the names of any of those state's attorneys that you had review them?

A   I can't tell you which one did it because I honestly don't remember, but it'd have been Rob Klimisch, Erich

Page 24

Johnke, or John Billings.  I think all three of them, at one time or the other, looked at different -- you know.

Q   Okay.  Were you ever told "Don't sign this"?

A   No.

Q   Were you ever told "You can't sign this"?

A   No.

Q   Were you ever told you needed Yankton County Commission approval before you signed it?

A   No.  I told them about it before, you know -- especially the second contract, where they're going to come in and put in -- replace our video visitation and everything.  I -- I mean, the county could look back at their videos and see where I was telling them about Reliance is going to do this at no cost to the county.

Q   Was that in -- well, I'll hand you what's been marked previously as Exhibit 28, sir, and this is copies of the contract -- of some contracts between Yankton County and Reliance Telephone and Reliance Systems.

A   Sure.

Q   If you look at the first page, it is headed Inmate Text and Video Call Location Agreement, and it's dated August 1st, 2016, with an effective date of September 1st, 2016.

Just looking at that page, sir, first, do you

Page 25

recognize this Inmate Text and Video Call Location Agreement?

A   Yes.

Q   And is that your signature, in part, on the first page on behalf of Yankton County?

A   It is.

Q   And the date that's inserted there, 1st August, 2016, do you recognize that as your handwriting?

A   I believe that is my handwriting yes.

Q   Do you recognize this first page of Exhibit 28 as the first contract relating to inmate text messaging?

A   Yes.

Q   So this was the first time anyone was going to provide inmates with text messaging, at least at Yankton County.

A   Yes.

Q   And you thought that -- turned out that that was a big thing.

A   It turned out to be a big thing.

Q   That made the inmates happy?

A   Happy.  It was a --

Q   Or happier?

A   The jail staff liked it because if an inmate was acting up, they could take the privileges of the iPod, I guess it was, away from them and -- it was -- it was a tool

Page 26

that we actually solved some crimes off of it too.

Q   Okay.  And I believe your -- was this the contract, "this" being the first page of Exhibit 28, the 2016 contract relating to text messaging -- was this the contract that you say you told the Yankton County commissioners about?

A   Well, I -- I told them about all of them, but I remember talking about the contract where the cost of replacing all our outdated video visitation was pretty considerable and Reliance offered to do it, and that's where the next contract came in.

Q   Okay.  But it's your testimony that if we looked at the video recordings of the Yankton County Commission meetings --

A   I would have talked about the texting, yes.

Q   So they knew that you had signed a contract with Reliance Telephone about text messaging?

A   Of course.

Q   And did any of them say "What in the world are you doing, Sheriff?"

A   No.

Q   They all approved of it?

A   Yes.

Q   Okay.

A   It was bringing revenue in.

Page 27

Q   They were happy about that?

A   Yes.

Q   All right.  If you turn to the last -- if you go past the next page of Exhibit 28, and then we get to the last three pages -- and they're not in the right order, but if you look at the first -- third page of the exhibit -- well, strike that.  Let me go back a page.
    The second page of the exhibit is a letter addressed to you from Mr. Hangsleben, March 19th of 2021.  Do you see that?

A   Yes.

Q   And in it, Mr. Hangsleben indicates he enclosed two signed copies of the agreements.  Do you see that?

A   Yes.

Q   And do you have any reason to believe that you did not receive this letter and the enclosures on or about March 19th of 2021?

A   I don't recall, you know, when I received it, but I can tell you that's my signature.

Q   Okay.  All right.  Let's look at the next page.

A   Okay.

Q   Which is Bates-numbered YC002324.

A   Okay.

Q   This is an Inmate Text Message and Video Call Location Agreement made "this 18th day of August, 2020," and

Page 28

it's effective date of December 2nd of 2020.  Do you see that, sir?

A   Yes.

Q   And that's your signature as one of the signatures on the bottom of the page, correct?

A   It is.

Q   And by the way, the first page of Exhibit 28, which was the 2016 text messaging agreement, just to be clear, it's your testimony that you -- before you signed this agreement, you sent it to your state's attorney for review.

A   I can say that I -- any contracts or agreements, I sent to the state's attorney's office.  I mean, that was my common course of action.

Q   And that that would have included --

A   Yes.

Q   -- this contract.
    All right.  So then going to the third page of Exhibit 28, which is the 2020 contract with Reliance Systems, would it have been your practice to have sent this contract to the state's attorney for review before you signed it?

A   Yes.

Q   As far as you can recall, you did that?

A   Yes.

Page 29

Q   And this contract, did you -- do you recall discussing this contract with the Yankton County commissioners at one of their meetings?

A   Specific -- we talked about the texting and -- and the new video system being put in at the meeting.  I don't recall specifically, you know, what I said, but --

Q   But you were --

A   -- we talked about it a lot.

Q   Okay.  When you say "we," you mean you and the commissioners?

A   Yes.

Q   And this does relate to video call.  Was this the contract pursuant to which you said Reliance replaced your old system?

A   Yes.

Q   So that was a big deal for you.

A   It was a savings for the county, yes.

Q   Okay.  And when you were discussing this new contract with Reliance Systems for text messaging and video call with the Yankton County commissioners, did any of them indicate any questions over whether you could enter into such a contract?

A   No.

Q   Any of them say "What are you doing?  We need to approve this first"?

Page 30

A   No.

Q   Okay.  And you were -- the previous contract, which is the first page, was from 2016 and had a five-year term.  Do you see that?

A   Yes.

Q   Did you understand that this contract was replacing that contract?

A   Yes.

Q   And you were, in effect, renewing it early.

A   Because they were adding the equipment in, yes.

Q   Were you happy with their services?

A   Yes.

Q   And so you were renewing -- while you were -- at least based on your experience with Yankton, would you have continued to renew their contracts?

A   Would I have?

Q   Yes, sir.

A   Yes.

Q   You would have just continued -- because they were doing good work for you.

A   The day-to-day operations, of course, Mark Payer and the jail staff run.  I did not receive complaints about Reliance at all, and if I would have, I'd remember.

Q   Okay.  And -- but at least as you sit here today, your view, based on your experiences with Yankton, you'd

Page 31

keep on renewing --

A   Yes.

Q   -- the contracts?

A   Yes.

Q   Okay.  I mean, they had -- did have a long-term relationship with you beginning in --

A   They did.

Q   -- 2010.  Slow down.
They did have a long-term relationship with Yankton County beginning in at least 2010, before you even took over as sheriff, correct?

A   Yes.

Q   Okay.  Looking at this Reliance Systems contract, you had no concerns that it was a five-year term?

A   No.

Q   Okay.  And there was no guarantee as to how much Reliance Systems was going to pay Yankton County in this contract, was there?

A   Just the percentage was --

Q   Right.

A   Yes.

Q   But there was no minimum "We'll give you -- guarantee you at least this month -- at least this much per month"?

A   No.

Page 32

Q   Okay.  So it could be -- it could be anywhere from zero to a billion dollars, conceivably.

A   Sure.

Q   Okay.  And there was no specific portion of the jail facility that was, in effect, allocated for Reliance Systems' sole and exclusive use; is that correct?

A   Correct, other than -- than the video conferencing, you know, kiosks.  Yeah.

Q   That was Yankton --

A   That was part of the jail.

Q   That was part of the jail?

A   Yeah.

Q   Yep.  Then if we go to the last page of the exhibit and then -- so the -- after the 20- -- the Reliance Systems contract, there's the signature page for the Reliance Telephone contract, and then the last page is the Reliance Telephone contract.  Do you see that, sir?

A   This is the page you're --

Q   Yes.

A   Yes.

Q   Okay.  And that's the contract dated August 18th of 2020 between Yankton County and Reliance Telephone?

A   Yes.

Q   And if you look at the preceding page, which is the signature page --

Page 33

A    Yes.

Q    -- is that your signature?

A    It is.

Q    Okay.  And you were signing this on behalf of Yankton County, correct?

A    Yes.

Q    And you had no concerns about having the authority to sign this, correct?

A    I had no concerns.

Q    And this Reliance Telephone contract, your practice, which you believe -- you are confident you followed, was to have it first reviewed by the state's attorney, correct?

A    Yes.

Q    And would you have discussed this new contract with Reliance Telephone with the Yankton County commissioners the same occasions when you were discussing the video call contract?

A    This is the part -- this is where -- this is the one where they put in the video equipment, correct?

Q    Right.

A    Yes.

Q    There's two contracts.

A    Yeah.  And they're --

Q    My question is whether you discussed the Reliance --

Page 34

this Reliance Telephone contract, which we're looking at now, with the commissioners at the same time that you discussed the Reliance Systems contract, which is the two pages earlier that we just looked at.

A    I don't -- I recall discussing this with them many times, the revenue coming from the Reliance contract, and talking about Reliance putting in the equipment.

Q    And would it be fair to say that in your view, the Yankton County commissioners had full knowledge and awareness of the contracts that you had entered into with Reliance Telephone and Reliance Systems?

A    I would think so.

Q    And again, with respect to this Reliance Telephone contract, just like the Reliance Systems contract, there was no guaranteed monthly payment that you would receive from Reliance Telephone or Reliance Systems, correct?

A    There was not.

Q    Okay.  And there was no specific space or room at the jail facility that Reliance Telephone was renting or leasing, correct?

A    No.

Q    Do you recall whether you ever provided copies of these contracts to the Yankton County Commission as part of your reports or when you'd appear before them?

Page 35

A    All contracts normally were filed with the auditor, who was -- in turn would provide them to the commission, you know.

Q    That'd be the county auditor?

A    Yes.

Q    And it's your understanding that the county auditor then provided copies to the county commission?

A    She was the one that put together their meeting packets and so forth.

Q    Do you know whether she did so with regard to these Reliance contracts?

A    I don't know.

Q    Just don't know one way or the other?

A    I don't.

Q    Do you have an understanding as to whether it would have been her practice to do so?

A    I don't.  Yeah, I...

Q    You just don't know one way or the other?

A    I don't.

Q    Looking at these contracts in Exhibit 28, and specifically the ones that you signed in 2020, do you recall being aware that they had a five-year term?

A    Yes.

Q    Do you recall that there was no provision in either of these contracts for an early termination prior to

Page 36

providing notice at least 30 days prior to the renewal date?

A    Right.  Correct.

Q    Okay.  And did you have any concerns about that term?

A    I did not.  I -- the services we received from Reliance since I was there was good, so I had no concerns.

Q    Did you understand that you couldn't get out early?

A    Yes.

Q    What was that understanding based on?  Anything other than reading the contracts and knowing what you were signing?

A    Correct.

Q    Okay.  By the way, when you first learned of the video -- of the text-messaging capabilities, do you recall telling Mr. Payer that whoever came up with it was brilliant, or words to that effect?

A    I actually told that to the owner at the sheriffs conference.  I said, "Who came up with this?"  And he said, "I did," and I said, "Well --" Dave, whatever, yeah.

Q    "You're brilliant"?

A    I didn't -- I don't think I told him that.  I said, "What a deal," you know.  You know, I think I told him, too, I didn't think that it'd be a big deal, you know, that inmates would want to pay, you know, to

Page 37

text-message. I was wrong.

Q   Mr. Payer yesterday testified that you told him that whoever came up with it was brilliant. Would you have any reason to disbelieve him?

A   No. No. We had a lot of conversations, so no, I'm sure.

(Exhibit 74 is marked for identification.)

BY MR. ANDERSON:

Q   Sir, I'd like you to look what's been marked as Exhibit 74. It's a copy of an Inmate Video Visitation/Video Call Lease Agreement effective as of July 25th of 2017. It has production numbers 2025|Reliance-PLTFS-001183. Do you recognize or recall having seen Exhibit 74 previously, sir?

A   It's my signature. I mean, I don't have -- I didn't get a copy of this particular one.

Q   But that is your signature --

A   It is.

Q   -- on the bottom of the page?

A   Yes.

Q   Do you recall that under the terms of this agreement, you were going to lease for 60 months, at a cost of $340 a month, 16 wall-mounted video visitation stations and one Video Control Officer Apple iPod [sic] Pro?

A   I don't specifically remember this -- this one, but

Page 38

that is my signature, so yeah, I'm --

Q   Okay. Do you recall having any issues or concerns about this lease -- this agreement between Yankton County and Reliance Systems?

A   No.

Q   And it ended -- since it was a 60-month contract, ended July 25th of 2022 -- or excuse me. I guess it would be November 22nd of 2022. Do you recall it ending while you were still sheriff?

A   What was the date, again? What date --

Q   Yeah. I'm looking -- it says it's a 60-month contract --

A   Okay.

Q   -- and it says it begins on November 22nd of 2017, if you look at paragraph 2.

A   And ended in 2022.

Q   Right.

A   Yeah, I have no reason to --

Q   Okay. Do you recall whether you ran this contract by the state's attorney before signing it?

A   I don't recall, but like I said, I sent every contract over to the state's attorney. You know, this specific one, no, but my practice was to send all of them.

Q   Okay. By the way, when you say your practice was to send your -- the contracts to the state's attorney --

Page 39

A   Yes.

Q   -- for review, would you do so by email, or would you hand-walk it to somebody? How would you --

A   I would either drop it off at their office for somebody to look at or my secretary would take this over there.

Q   Do you recall whether you received a -- anything in writing approving it or with a response --

A   I would either get a phone call, normally, or email sometimes.

Q   Do you recall advising the Yankton County Commission about this agreement that you signed?

A   I don't recall specifically, but like I said, we had discussions about all of this many times in the public meeting of the commission, and they did record them at one time.

(Exhibit 75 is marked for identification.)

BY MR. ANDERSON:

Q   I'd like you to look at what's been marked as Deposition Exhibit 75. It has production numbers YCC00 -- excuse me -- YC002094 to 2173. Please take a moment to look at Exhibit 75, and tell me whether you recognize these as being copies of invoices from Reliance Telephone billed to Yankton County and then a check paying those invoices, in which you -- your signature is one of them that appears on the check.

Page 40

A   Yeah, that would be my signature, not manually signed.

Q   Sure.

A   That's generated.

Q   Okay.

A   And these would have been prepared by Terry Lippert too.

Q   The administrative person?

A   Correct.

Q   Okay. To the best of your knowledge, was the Yankton County Commission aware that you were writing checks to Reliance Telephone in response to invoices submitted to Yankton County?

A   That, I don't know. This would have been on the sheriff's account, and I think it is probably the cards that the inmates purchased --

Q   Okay.

A   -- to use.

Q   You certainly never held -- or tried to hide your dealings with Reliance Telephone from the county commissioners, correct?

A   No, absolutely not.

Q   Okay.

(Exhibit 76 is marked for identification.)

BY MR. ANDERSON:

Q   I'd like you to look next, sir, at what's been marked