UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| | \* | |
| RELIANCE TELEPHONE OF GRAND FOLKS INCORPORATED AND RELIANCE SYSTEMS, INC., | \* \* \* | 4:24-cv-4098-ECS |
| | \* | |
| Plaintiffs, | \* | |
| | \* | |
| vs. | \* | **DEFENDANT NETWORK** |
| | \* | **COMMUNICATIONS** |
| NETWORK COMMUNICATIONS | \* | **INTERNATIONAL CORP.'S MOTION** |
| INTERNATIONAL CORP., | \* | **FOR SUMMARY JUDGMENT** |
| | \* | |
| | \* | |
| | \* | |
| Defendant. | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendant Network Communications International Corp. ("NCIC"), by and through its

counsel of record, respectfully moves this Court for entry of summary judgment in its favor

pursuant to SDCL 15-6-56 for the reason that there is no genuine issue as to any material fact

and Defendant is entitled to judgment as a matter of law.  This Motion is supported by the

pleadings and attachments thereto, the exhibits attached to the Affidavit of Nick Moser,

Defendant's Statement of Undisputed Material Facts, and the accompanying Brief.

Dated this 15th day of June, 2026.        EVANS, HAIGH & ARNDT, L.L.P.

Tyler W. Haigh
Ryan W.W. Redd
225 E. 11th Street, Suite 201
PO Box 2790
Sioux Falls, SD 57101-2790
(605) 275-9599; Fax:  (605) 275-9602
Email: thaigh@ehalawyers.com
        rredd@ehalawyers.com
*Attorneys for Defendant*

1