## IN THE UNITED STATES DISTRICT COURT
## FOR SOUTH DAKOTA

RELIANCE TELEPHONE OF GRAND
FORKS INCORPORATED,
a North Dakota corporation,

and

RELIANCE SYSTEMS INC.,
a Nevada corporation,

      Plaintiffs,

      v.

YANKTON COUNTY, SOUTH DAKOTA,

and

NETWORK COMMUNICATIONS
INTERNATIONAL CORP.,
a Texas corporation,

      Defendants.

Civil No. 4:24-cv-04098-ECS

**DECLARATION OF
L. REAGAN FLORENCE IN
SUPPORT OF PLAINTIFFS'
PARTIAL MOTION FOR
SUMMARY JUDGMENT**

I, L. Reagan Florence, declare under penalty of perjury as follows:

1.    I am co-counsel of record for Plaintiffs Reliance Telephone of Grand Forks Incorporated ("Reliance Telephone") and Reliance Systems Inc. ("Reliance Systems") (collectively, "Plaintiffs") in this action. I have been admitted *pro hac vice* in this Court. This declaration is based on personal knowledge unless otherwise indicated.

2.    I make this declaration in support of Plaintiffs' Partial Motion for Summary Judgment against Defendant Network Communications International Corp.'s ("NCIC"), dated June 15, 2026.

3. Attached as Exhibit A are true and correct copies of pages 1, 40-43, 46-48, 51, 53, and 65-66 from the transcript of the Deposition of Lee G. Petro, dated March 18, 2026.

4. Attached as Exhibit B are true and correct copies of pages 1, 22-26 from the transcript of the Rule 30(b)(6) Deposition of Defendant NCIC, William ("Bill") Pope, designee, dated August 7, 2026. (Filed Under Seal).

5. Attached as Exhibit C are true and correct copies of pages 1, 26-27, 33, 44-48, 54-56, 59, 62-63, 72-79, 85, 92-96, 98, 114-115, and 118-119, from the transcript of the Deposition of Scott Baniecke, Volume I, dated August 5, 2025.

6. Attached as Exhibit D are true and correct copies of pages 1, 12-17, 19-20, 32, 49, 53-56, 60-61, 67-68, 71, 74-77, 79-81, 84, 88-96, 98-101, 111-113, and 116-121, from the transcript of the Deposition of Scott Baniecke, Volume II, dated April 20, 2026.

7. Attached as Exhibit E are true and correct copies of pages 1, 22-25, 27-28, 38, 42-44, 47-54, 65-68, 70-73, 82-85, 99-100, 102-104, 106-108, 112-118, 120-124, 133-138, 142-149, 157-158, 160-161, 173-174, 179-181, and 190-191, from the transcript of the Deposition of Craig Storer, dated August 6, 2025.

8. Attached as Exhibit F are true and correct copies of pages 1, 39, 62, 64-65, 68-69. 78-79, 81-82, 92-93, 104, 106, 125-128, 130-137, 156-158, 166, 168-169, 171, 175-176, 187-188, 200, and 204-205, from the transcript of the Deposition of Todd Brandt, dated July 8, 2025.

9. Attached as Exhibit G are true and correct copies of pages 1, 12, 45-48, 51, 54-57, 61, 65, 68-70, 122-124, 127, 130-131, 138, 140-142, 148-151, 155-159, 161-162, 173-174, 177-178, 185-187, 189-197, 211-214, 219, and 227, from the transcript of the Deposition of William ("Bill") Pope, dated August 5, 2025. (Filed Under Seal).

10.     Attached as Exhibit H are true and correct copies of pages 1, 26-27, 30, 32, 33-36, 41-43, 45, and 65-66, from the transcript of the Rule 30(b)(6) Deposition of Yankton County, Tonna Poppe, designee, dated July 10, 2025.

11.     Attached as Exhibit I are true and correct copies of pages 1, 49, 56-57, 61-62, 64-72, 83, 86-87, 118, 125-126, 136-137, and 154, from the transcript of the Deposition of Preston Crissey, dated July 9, 2025.

12.     Attached as Exhibit J are true and correct copies of pages 1, 20-28, 30-34, and 36-37, from the transcript of the Deposition of James "Jim" Vlahakis, dated July 9, 2025.

13.     Attached as Exhibit K are true and correct copies of pages 1, 29-31, 39, 43, and 50-52, from the transcript of the Deposition of Mark Payer, dated July 8, 2025.

14.     Attached as Exhibit L are true and correct copies of pages 1, 6, 8-9, 13-18, 23-24, 26-28, 31-36, 39-40, 42-45, 57-58, 63-85, 87-89, and 99-101, from the transcript of the Deposition of Dave Hangsleben, dated June 24, 2025. (Filed Under Seal).

15.     Attached as Exhibit M are true and correct copies of pages 1, 12-19, 25, 27-35, 70-76, 99-101, and 112-113, from the transcript of the Rule 30(b)(6) Deposition of Reliance Telephone of Grand Forks Incorporated, Dave Hangsleben, designee, dated May 14, 2026.

16.     Attached as Exhibit N is a true and correct copy of the Reply Expert Report of Dave Hangsleben, dated February 16, 2026. (Filed Under Seal).

17.     Attached as Exhibit O is a true and correct copy of Plaintiffs' Amended and Supplemental Answer to NCIC First Interrogatories, dated May 4, 2026.

18.     Attached as Exhibit P is a true and correct copy of Plaintiffs' Deposition Exhibit No. 1.

19. Attached as Exhibit Q is a true and correct copy of Plaintiffs' Deposition Exhibit No. 2.

20. Attached as Exhibit R is a true and correct copy of Plaintiffs' Deposition Exhibit No. 3.

21. Attached as Exhibit S is a true and correct copy of Plaintiffs' Deposition Exhibit No. 7.

22. Attached as Exhibit T is a true and correct copy of Plaintiffs' Deposition Exhibit No. 27.

23. Attached as Exhibit U is a true and correct copy of Plaintiffs' Deposition Exhibit No. 28.

24. Attached as Exhibit V is a true and correct copy of Plaintiffs' Deposition Exhibit No. 29.

25. Attached as Exhibit W is a true and correct copy of Plaintiffs' Deposition Exhibit No. 30.

26. Attached as Exhibit X is a true and correct copy of Plaintiffs' Deposition Exhibit No. 31.

27. Attached as Exhibit Y is a true and correct copy of Plaintiffs' Deposition Exhibit No. 32.

28. Attached as Exhibit Z is a true and correct copy of Plaintiffs' Deposition Exhibit No. 34.

29. Attached as Exhibit AA is a true and correct copy of Plaintiffs' Deposition Exhibit No. 36.

30.    Attached as Exhibit BB is a true and correct copy of Plaintiffs' Deposition Exhibit No. 37.

31.    Attached as Exhibit CC is a true and correct copy of Plaintiffs' Deposition Exhibit No. 38.

32.    Attached as Exhibit DD is a true and correct copy of Plaintiffs' Deposition Exhibit No. 39.

33.    Attached as Exhibit EE is a true and correct copy of Plaintiffs' Deposition Exhibit No. 40.

34.    Attached as Exhibit FF is a true and correct copy of Plaintiffs' Deposition Exhibit No. 41.

35.    Attached as Exhibit GG is a true and correct copy of Plaintiffs' Deposition Exhibit No. 44.

36.    Attached as Exhibit HH is a true and correct copy of Plaintiffs' Deposition Exhibit No. 45.

37.    Attached as Exhibit II is a true and correct copy of Plaintiffs' Deposition Exhibit No. 46.

38.    Attached as Exhibit JJ is a true and correct copy of Plaintiffs' Deposition Exhibit No. 47.

39.    Attached as Exhibit KK is a true and correct copy of Plaintiffs' Deposition Exhibit No. 48.

40.    Attached as Exhibit LL is a true and correct copy of Plaintiffs' Deposition Exhibit No. 51.

41.    Attached as Exhibit MM is a true and correct copy of Plaintiffs' Deposition Exhibit No. 53.

42.    Attached as Exhibit NN is a true and correct copy of Plaintiffs' Deposition Exhibit No. 56.

43.    Attached as Exhibit OO is a true and correct copy of Plaintiffs' Deposition Exhibit No. 57.

44.    Attached as Exhibit PP is a true and correct copy of Plaintiffs' Deposition Exhibit No. 58.

45.    Attached as Exhibit QQ is a true and correct copy of Plaintiffs' Deposition Exhibit No. 59.

46.    Attached as Exhibit RR is a true and correct copy of Plaintiffs' Deposition Exhibit No. 61.

47.    Attached as Exhibit SS is a true and correct copy of Plaintiffs' Deposition Exhibit No. 67.

48.    Attached as Exhibit TT is a true and correct copy of Plaintiffs' Deposition Exhibit No. 68.

49.    Attached as Exhibit UU is a true and correct copy of Plaintiffs' Deposition Exhibit No. 69.

50.    Attached as Exhibit VV is a true and correct copy of Plaintiffs' Deposition Exhibit No. 71.

51.    Attached as Exhibit WW is a true and correct copy of Plaintiffs' Deposition Exhibit No. 74.

52. *Attached as Exhibit XX is a true and correct copy of Plaintiffs' Deposition Exhibit No. 84.*

53. Attached as Exhibit YY is a true and correct copy of Plaintiffs' Deposition Exhibit No. 97.

54. Attached as Exhibit ZZ is a true and correct copy of Plaintiffs' Deposition Exhibit No. 98.

55. Attached as Exhibit AAA is a true and correct copy of Plaintiffs' Deposition Exhibit No. 101.

56. Attached as Exhibit BBB is a true and correct copy of Plaintiffs' Deposition Exhibit No. 102.

57. Attached as Exhibit CCC is a true and correct copy of Plaintiffs' Deposition Exhibit No. 105.

58. Attached as Exhibit DDD is a true and correct copy of Plaintiffs' Deposition Exhibit No. 107.

59. Attached as Exhibit EEE is a true and correct copy of Plaintiffs' Deposition Exhibit No. 109.

60. Attached as Exhibit FFF is a true and correct copy of Plaintiffs' Deposition Exhibit No. 111.

61. Attached as Exhibit GGG is a true and correct copy of Plaintiffs' Deposition Exhibit No. 112.

62. Attached as Exhibit HHH is a true and correct copy of Plaintiffs' Deposition Exhibit No. 113.

63.     Attached as Exhibit III is a true and correct copy of Plaintiffs' Deposition Exhibit No. 114.

64.     Attached as Exhibit JJJ is a true and correct copy of Plaintiffs' Deposition Exhibit No. 115.

65.     Attached as Exhibit KKK is a true and correct copy of Plaintiffs' Deposition Exhibit No. 116.

66.     Attached as Exhibit LLL is a true and correct copy of Plaintiffs' Deposition Exhibit No. 118.

67.     Attached as Exhibit MMM is a true and correct copy of Plaintiffs' Deposition Exhibit No. 119.

68.     Attached as Exhibit NNN is a true and correct copy of Plaintiffs' Deposition Exhibit No. 132.

69.     Attached as Exhibit OOO is a true and correct copy of Plaintiffs' Deposition Exhibit No. 151. (Filed under Seal).

70.     Attached as Exhibit PPP is a true and correct copy of Plaintiffs' Deposition Exhibit No. 156.

71.     Attached as Exhibit QQQ is a true and correct copy of Plaintiffs' Deposition Exhibit No. 158.

72.     Attached as Exhibit RRR is a true and correct copy of Plaintiffs' Deposition Exhibit No. 160.

73.     Attached as Exhibit SSS is a true and correct copy of Plaintiffs' Deposition Exhibit No. 161.

8

74.     Attached as Exhibit TTT is a true and correct copy of Plaintiffs' Deposition Exhibit No. 162.

75.     Attached as Exhibit UUU is a true and correct copy of Plaintiffs' Deposition Exhibit No. 163.

76.     Attached as Exhibit VVV is a true and correct copy of Plaintiffs' Deposition Exhibit No. 164.

77.     Attached as Exhibit WWW is a true and correct copy of Plaintiffs' Deposition Exhibit No. 165.

78.     Attached as Exhibit XXX is a true and correct copy of Plaintiffs' Deposition Exhibit No. 166.

79.     Attached as Exhibit YYY is a true and correct copy of Plaintiffs' Deposition Exhibit No. 168.

80.     Attached as Exhibit ZZZ is a true and correct copy of Plaintiffs' Deposition Exhibit No. 169.

81.     Attached as Exhibit AAAA is a true and correct copy of Plaintiffs' Deposition Exhibit No. 170.

82.     Attached as Exhibit BBBB is a true and correct copy of Plaintiffs' Deposition Exhibit No. 171.

83.     Attached as Exhibit CCCC is a true and correct copy of Plaintiffs' Deposition Exhibit No. 172.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief as of the date of execution of this declaration.

Dated: June 15, 2026.

L. Reagan Florence