# EXHIBIT AA

**From:** Craig Storer
**Sent:** Tuesday, April 25, 2023 2:49 PM CDT
**To:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Subject:** RE: [NCIC EXTERNAL] Re: NCIC - Inmate Communications Proposal

Alrighty…well, based on that (and on Todd's email below), I think we should just wait and see what they come back with. Let's hope Tom's appetite to move remains as strong as it was when we were in his office, and our burgeoning relationship with the Sheriff should really help with that, too.

I can think of at least 4 things right off the top of my head that they could lean on, top terminate early with Reliance.

I'll provide thoughts later, re. Davison. But those same 4 termination reasons would apply there, too.

Craig

**From:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Sent:** Tuesday, April 25, 2023 2:10 PM
**To:** Craig Storer <Craig.Storer@ncic.com>
**Subject:** Re: [NCIC EXTERNAL] Re: NCIC - Inmate Communications Proposal

Yes I have a copy at home and it just recently automatically renewed as well.

Scott Baniecke



On Apr 25, 2023, at 1:24 PM, Craig Storer <Craig.Storer@ncic.com> wrote:

Scott,

Do we know exactly where Yankton is in the Reliance agreement, relative to the renewal? Coming up on it? Just renewed? I don't think we've seen their Agreement yet, right?

I do have some thoughts on this but it depends on my question above.

Thanks,

Craig

**From:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Sent:** Tuesday, April 25, 2023 10:07 AM
**To:** Craig Storer <Craig.Storer@ncic.com>
**Subject:** FW: [NCIC EXTERNAL] Re: NCIC - Inmate Communications Proposal

Craig,

This is Yankton County.

We have the same situation here as we do in Davison.  Yankton will need to break their 5-year automatic renewal with Reliance as well.

Hopefully their attorney wont advise them to stay with Reliance for the 5 year renewal?

**From:** Todd Brandt <tbrandt@yanktonlaw.com>
**Sent:** Thursday, April 20, 2023 1:24 PM
**To:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Subject:** [NCIC EXTERNAL] Re: NCIC - Inmate Communications Proposal

CAUTION: This email originated from outside of NCIC. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Scott,

Thanks for the follow up email.  I had the Sheriff speak with our attorney regarding our contractual commitment to Reliance.   I will let you know as soon as I have an answer.

Very best,

Todd

Todd Brandt

CONFIDENTIAL

Jail Administrator
Yankton County Jail
410 Walnut St. Suite 104
Yankton, SD 57078
605-668-5219



*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this e-mail is not an intended recipient, you have received this e-mail in error and any unauthorized review, use, disclosure, dissemination, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete the copy you received and destroy all copies of the original message.*

**From:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Sent:** Thursday, April 20, 2023 12:53 PM
**To:** Todd Brandt <tbrandt@yanktonlaw.com>
**Cc:** Craig Storer <Craig.Storer@ncic.com>
**Subject:** FW: NCIC - Inmate Communications Proposal

Good afternoon Mr. Brandt,

We wanted to follow up with you this week to see if we could be of any more assistance.  We had a nice time at the Sheriff's Conference in Deadwood, and it was a pleasure meeting Sheriff Crissey as well!
If you need any help in navigating your current vendor contract or need any more information from us, please let us know. Additionally, we can assist with some more or different contract termination language as well if you so desired. We are here to help if we can.

All the best,

Scott

Scott Baniecke
Midwest Director of Sales
www.NCIC.com
scott.baniecke@ncic.com
651-425-1601 cell

CONFIDENTIAL

NCIC-002866

**From:** Craig Storer <Craig.Storer@ncic.com>
**Sent:** Wednesday, April 12, 2023 5:24 PM
**To:** Todd Brandt <tbrandt@yanktonlaw.com>
**Cc:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Subject:** NCIC - Inmate Communications Proposal

Todd,

Please find attached, for your review, our formal Proposal for Inmate Communications. We are also arranging for a hard copy to be shipped in your direction.

The proposed Calling Rates, Fees and Compensation are shown on Pages 27 and 28.

We've provided two (2) Options for your review, both with a different Technology Grant. As we expressed during our meeting, we're also very open to discussing other arrangements (not outlined in this proposal), such as providing pre-paid commissions for any capital expenditures you might have.

Scott and I are available to discuss as needed. I've also attached another document that might be of use to you.

Thanks for your time Sir, and we certainly hope to work with you and your office.

Regards,


**Craig Storer**
**Director of Marketing**
NCIC Inmate Communications
607 E. Whaley Street
Longview, TX 75601
Mobile: (318) 286-8134
Tollfree: 1-888-686-3699
Craig.Storer@ncic.com
www.ncic.com

CONFIDENTIAL

NCIC-002867