# EXHIBIT BB

**Subject:** Re: Reliance Devices
**Date:** Thu, 25 May 2023 08:54:42 -0500
**From:** Dave Hangsleben <dave@reliancetelephone.com>
**Organization:** Reliance Telephone Inc.
**To:** Todd Brandt <tbrandt@yanktonlaw.com>



**EXHIBIT**

**57**

7·8·25

Todd: Do we have everything fixed?

I was at the American Jail Association conference this week. I was thinking of your request for larger screens on the inmate Tablet Phone. My conclusion from the people that have them really don't like them in fact one guy was showing all the phone vendors what the large tablet looks like from Securus. He had in a zip lock bag and it was all smashed up. He was talking to Combined Public Communications and blaming them for having big tablets even though it was not theirs. This is the first time that we have gone to that show. People were telling us that they thought our Tablet Phone made the most sense because most of what they use it for is texting and phone calls. I have to think about us writing software for large tablets. We can definitely do it but after hearing from several counties around the country it does not sound good. They really liked what we offer to the inmate. We were swamped with people at our booth. We had three people and we very busy... They also really liked our free bible player for released inmates. Other inmate phone vendors came to our booth and I sent them home with our Tablet Phone and brochures. Nothing definite but they might be using our Tablet Phones at their jails for texting and content not phones. We currently do this with 3 other Inmate Phone companies. We assemble and repair our Tablet Phones for them.

I think we have the right solution.

Dave

On 5/18/2023 9:32 AM, Todd Brandt wrote:

Dave,

Greetings Dave! I wanted to touch base with you regarding several ongoing operational and product issues we continue to have with the Reliance system. In our current contract, signed by the prior Sheriff, paragraph one, subsection B, reads "...inmate telephones, ipods and ipads..." I know you indicated in our prior phone conversation that your company refers to your "ipods" as "ipads." The Apple company clearly defines the two devices as ipads and ipods. The smallest ipad (mini) has a screen that measures 8.5 inches. The device that Reliance offers a screen size of 4 inches, which according to Apple is an "ipod."

I have consulted with Yankton County's Attorney, and he has concluded that according to the contract, we shall be offered all "ipads." Will Reliance be able to fulfil the contractual obligations of providing "ipads to the Yankton County Jail?" If so, please provide me with a timeframe in which we can expect to receive them.

CONFIDENTIAL          2025 | RELIANCE-PLTFS-000578

Lastly, I have been advised of multiple issues surrounding the Reliance phone system failing in multiple areas.  In the last two weeks, we have experienced multiple problems with the visitation system.  This week specifically, we had issues every time we attempted to set up visitation.  This causes several issues with holding staff up from completing other tasks as well as the image of the facility to the public.  As I type this email, we are experiencing yet another visitation system failure.

Very best,

Todd Brandt
Jail Administrator
Yankton County Jail
410 Walnut St. Suite 104
Yankton, SD 57078
605-668-5219



***Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this e-mail is not an intended recipient, you have received this e-mail in error and any unauthorized review, use, disclosure, dissemination, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete the copy you received and destroy all copies of the original message.***

--
Dave Hangsleben
dave@reliancetelephone.com
Tel:701.746.6144
Fax:701.772.3757
Reliance Telephone Inc.
1533 S. 42ND Street
Grand Forks, ND 58201

CONFIDENTIAL          2025 | RELIANCE-PLTFS-000579