# EXHIBIT FFF

**From:** Craig Storer on behalf of Craig Storer <Craig.Storer@ncic.com>
**Sent:** Thursday, October 26, 2023 5:28 PM CDT
**To:** Bill Pope <Bill.Pope@ncic.com>
**Subject:** Re: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County

DAMN!!!! ☺☺

Thanks,

Craig Storer
Director of Marketing
NCIC Inmate Communications
Cell: (318) 286-8134
storer.craig@gmail.com
Sent from my iPhone. Please excuse brevity & typos.

On Oct 26, 2023, at 4:13 PM, Bill Pope <Bill.Pope@ncic.com> wrote:

Sheriff Crissey,

Can you give us the name of one of your favorite local attorneys who handles business / contract law? I think we'll go ahead and put him on retainer. I think that will show them we're serious. If this abuse were to make it to the FCC, it could put Reliance out of business and ruin his chances of selling his company, which he was naïve enough to tell Scott a few weeks ago.

Here is a suggested response below, but I think it better coming from a local attorney:

Mr. Alderson,

It is apparent that your client was not concerned with my August 8th, 2023 letter outlining their violating the FCC rate caps and taking advantage of the ignorance of this law by our past leadership of Yankton County. With that said, we would like to resolve both parties concerns by Reliance realizing they were actually breaking the law by overcharging our constituents possibly to the tune of over $100,000 which should be more than enough compensation over the past decade of charging rates almost double the capped rates.

We would like to receive a letter from your client apologizing for these excessive overcharges and a willingness to accept liability and indemnify Yankton County when/if we release these abuses to the public. At this time, we will seek consultation with outside counsel and start incurring legal expenses so any litigation on the part of Reliance will be met with an appropriate counter claim for knowingly overcharging the public and misleading a governmental agency, FCC Formal Complaint and a notice sent to the South Dakota Public Service Commission (not sure if that's the correct regulator name as I'm typing this on a flight with no wifi). A copy of said countersuit will be distributed to members o the South Dakota Sheriff's Association membership.

Thank you for the your prompt attention in this matter.

Bill Pope

NCIC Inmate Communications
607 E. Whaley Street
Longview, Texas 75601

Tel: 1-903-757-4455, ext. 1001
Fax: 1-903-757-4899
Tollfree: 1-888-686-3699

https://www.ncic.com



"... the surest way to be happy is to seek happiness for others." - Martin Luther King Jr.

This message and any attachments to it contain PRIVILEGED AND CONFIDENTIAL INFORMATION exclusively for intended recipients. Please DO NOT FORWARD OR DISTRIBUTE to anyone else. If you have received this e-mail in error, please call +1-903-757-4455 to report the error and then delete this message from your system.

**From:** Craig Storer <Craig.Storer@ncic.com>
**Sent:** Wednesday, October 25, 2023 7:55 AM
**To:** Bill Pope <Bill.Pope@ncic.com>
**Cc:** Preston Crissey <pcrissey@yanktonlaw.com>; Scott Baniecke <Scott.Baniecke@ncic.com>
**Subject:** RE: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County

CONFIDENTIAL

NCIC-002522

Sounds good!

Sheriff Crissey, we're going to work something up and send your way. Bill enjoys working on these sorts of things!

Thanks,

Craig


**From:** Bill Pope <Bill.Pope@ncic.com>
**Sent:** Wednesday, October 25, 2023 12:25 AM
**To:** Craig Storer <Craig.Storer@ncic.com>
**Subject:** Re: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County

Let's do it!  I can help and will work on it during the flight home.

Bill Pope

NCIC Inmate Telephone Services
607 E Whaley Street
Longview, Tx. 75601

1-903-757-4455 Tel
1-903-757-4899 Fax


On Oct 24, 2023, at 9:47 PM, Craig Storer <Craig.Storer@ncic.com> wrote:


Sheriff Crissey,

I'm certainly happy to do this, but do you think it's needed?

They threatened action if their system wasn't reinstated in….I think it was 24 hours. It's well past that timeline now – I suspect they've waved the white flag, will come and pick up their toys and go home.

But as I mentioned, I'm certainly happy to draft a response, if you'd prefer. Let me know.

I think we're in the clear.

Thank you Sir,


**Craig Storer**
**Director of Marketing**
NCIC Inmate Communications
607 E. Whaley Street
Longview, TX 75601
Mobile: (318) 286-8134
Tollfree: 1-888-686-3699
Craig.Storer@ncic.com
www.ncic.com


**From:** Preston Crissey <pcrissey@yanktonlaw.com>
**Sent:** Tuesday, October 24, 2023 9:04 PM
**To:** Craig Storer <Craig.Storer@ncic.com>
**Cc:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Subject:** Re: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County

I spoke with the States Attorney today. Can you write up another letter to send to Reliance to counter their last letter. Once completed, I will have the SA loo itk over before sending it to Reliance.

Thanks

*Sheriff Preston Crissey*
Yankton County Sheriff's Office
410 Walnut St. Suite#104
Yankton, SD 57078
www.yanktoncountysheriff.com
605-668-3567 Ext# 2

<image001.jpg>

**CONFIDENTIAL**

NCIC-002523

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this e-mail is not an intended recipient, you have received this e-mail in error and any unauthorized review, use, disclosure, dissemination, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete the copy you received and destroy all copies of the original message.*

**From:** Craig Storer <Craig.Storer@ncic.com>
**Sent:** Friday, October 20, 2023 11:42 AM
**To:** Preston Crissey <pcrissey@yanktonlaw.com>
**Cc:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Subject:** Re: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County

Sounds like a good plan.

Thanks,


Craig Storer
Director of Marketing
NCIC Inmate Communications
Cell: (318) 286-8134
storer.craig@gmail.com
Sent from my iPhone. Please excuse brevity & typos.


On Oct 20, 2023, at 11:39 AM, Preston Crissey <pcrissey@yanktonlaw.com> wrote:


I e-mailed our States Attorney for his review when he gets back from his vacation next week. He was part of this process early on when we looked at the previous contract with Reliance and documentation. I'll let you know more if another attorney is necessary. At this time, I'm not replying until the SA gives me more guidance on how to move forward.

Thanks

**Sheriff Preston Crissey**
Yankton County Sheriff's Office
410 Walnut St. Suite#104
Yankton, SD 57078
www.yanktoncountysheriff.com
605-668-3567 Ext# 2

<Outlook-5mhknrmo.jpg>

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this e-mail is not an intended recipient, you have received this e-mail in error and any unauthorized review, use, disclosure, dissemination, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete the copy you received and destroy all copies of the original message.*

**From:** Craig Storer <Craig.Storer@ncic.com>
**Sent:** Friday, October 20, 2023 11:31 AM
**To:** Preston Crissey <pcrissey@yanktonlaw.com>
**Cc:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Subject:** Re: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County

Sounds good.

Again, no concerns at all on our side. We'd recommend no response - but you might want to reach out to them (as a separate communication) and invite them to come pick up their equipment which has been neatly packaged up for them.

Thanks,


Craig Storer
Director of Marketing

CONFIDENTIAL

NCIC-002524

NCIC Inmate Communications
Cell: (318) 286-8134
storer.craig@gmail.com
Sent from my iPhone. Please excuse brevity & typos.

On Oct 20, 2023, at 11:23 AM, Preston Crissey <pcrissey@yanktonlaw.com> wrote:

Thank you for looking into this. I will speak with my States Attorney next week when he's back from vacation and let you know.

Thanks

*Sheriff Preston Crissey*
Yankton County Sheriff's Office
410 Walnut St. Suite#104
Yankton, SD 57078
www.yanktoncountysheriff.com
605-668-3567 Ext# 2

<Outlook-lxzzg5if.jpg>

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this e-mail is not an intended recipient, you have received this e-mail in error and any unauthorized review, use, disclosure, dissemination, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete the copy you received and destroy all copies of the original message.*

**From:** Craig Storer <Craig.Storer@ncic.com>
**Sent:** Thursday, October 19, 2023 4:52 PM
**To:** Preston Crissey <pcrissey@yanktonlaw.com>
**Cc:** Scott Baniecke <Scott.Baniecke@ncic.com>
**Subject:** Fwd: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County

Sheriff Crissey,

Please see below and let us know what you think. Happy to discuss as needed.

No concerns at all on our side, for the reasons we've discussed.

Thanks,

Craig Storer
Director of Marketing
NCIC Inmate Communications
Cell: (318) 286-8134
storer.craig@gmail.com
Sent from my iPhone. Please excuse brevity & typos.

Begin forwarded message:

> **From:** Bill Pope <Bill.Pope@ncic.com>
> **Date:** October 19, 2023 at 4:45:10 PM CDT
> **To:** Craig Storer <Craig.Storer@ncic.com>, Scott Baniecke <Scott.Baniecke@ncic.com>
> **Subject: RE: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County**
>
> Do Todd or Sheriff Crissey have a preferred commercial attorney there in Yankton?  If so, can they give us his contact info and we can pay to have him review their contract, Yankton's reason for terminating and send them a notice that Reliance was operating illegally in regards to the FCC rate caps and that their equipment has been removed, so NCIC is not using any of their infrastructure.

CONFIDENTIAL

NCIC-002525

Bill Pope

NCIC Inmate Communications
607 E. Whaley Street
Longview, Texas 75601

Tel: 1-903-757-4455, ext. 1001
Fax: 1-903-757-4899
Tollfree: 1-888-686-3699
https://www.ncic.com

"... the surest way to be happy is to seek happiness for others."  - Martin Luther King Jr.

<image001.png>

This message and any attachments to it contain PRIVILEGED AND CONFIDENTIAL INFORMATION exclusively for intended recipients. Please DO NOT FORWARD OR DISTRIBUTE to anyone else. If you have received this e-mail in error, please call +1-903-757-4455 to report the error and then delete this message from your system.

**From:** Craig Storer <Craig.Storer@ncic.com>
**Sent:** Thursday, October 19, 2023 3:56 PM
**To:** Bill Pope <Bill.Pope@ncic.com>; Scott Baniecke <Scott.Baniecke@ncic.com>
**Subject:** Fwd: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County

Trying to send again.

No concerns whatsoever, on my side.

Thanks,


Craig Storer
Director of Marketing
NCIC Inmate Communications
Cell: (318) 286-8134
storer.craig@gmail.com
Sent from my iPhone. Please excuse brevity & typos.

Begin forwarded message:

> **From:** Preston Crissey <pcrissey@yanktonlaw.com>
> **Date:** October 19, 2023 at 2:51:07 PM CDT
> **To:** Craig Storer <Craig.Storer@ncic.com>
> **Subject: [NCIC EXTERNAL] Fwd: Reliance Telephone & Reliance Systems Contracts with Yankton County**

> CAUTION: This email originated from outside of NCIC. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> *Sheriff Preston Crissey*
> Yankton County Sheriff's Office
> 410 Walnut St. Suite#104
> Yankton, SD 57078
> 605-668-3567

> *Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this e-mail is not an intended recipient, you have received this e-mail in error and any unauthorized review, use, disclosure, dissemination, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete the copy you received and destroy all copies of the original message.*

> **From:** Steven Luke <sluke@yanktonlaw.com>

**CONFIDENTIAL**

NCIC-002526

**Sent:** Thursday, October 19, 2023 1:27:20 PM
**To:** Tonna Poppe <tpoppe@yanktonlaw.com>; Cassondra Rabe
<crabe@yanktonlaw.com>; Preston Crissey
<pcrissey@yanktonlaw.com>
**Subject:** FW: Reliance Telephone & Reliance Systems
Contracts with Yankton County

**From:** Alan Anderson <aanderson@anderson-lawfirm.com>
**Sent:** Thursday, October 19, 2023 1:14 PM
**To:** Todd Brandt <tbrandt@yanktonlaw.com>
**Cc:** Julie Erickson <jerickson@anderson-lawfirm.com>; Reagan
Florence <rflorence@anderson-lawfirm.com>
**Subject:** Reliance Telephone & Reliance Systems Contracts
with Yankton County

Dear Mr. Brandt,

Please see the attached correspondence.

Do not hesitate to contact me if you have any questions.

Sincerely yours,

Alan M. Anderson

Alan M. Anderson, PhD, FCIArb
**Alan Anderson Law Firm LLC**
Direct: 612.756.7010
Cell: 612.867.2301
Fax: 612.756.7050
aanderson@anderson-lawfirm.com
Crescent Ridge Corporate Center
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Tel: 612.756.7000

Associate Tennant
aanderson@littletonchambers.co.uk
Littleton Chambers
3 King's Bench Walk North
Temple
London  EC4Y 7HR

Keep updated on Littleton's latest cases, news and comments

**3 King's Bench Walk North
Temple
London, EC4Y 7HR
DX: 1047 Chancery Lane**
www.littletonchambers.com

Littleton accept instructions on the conditions published **here** on Chambers' website.

\*\*\*\*\*

CONFIDENTIALITY NOTICE: The information contained in this email communication and any
attached documentation may be privileged, confidential or otherwise protected from disclosure
and is intended only for the use of the designated recipient(s). It is not intended for transmission
to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by
an unintended recipient of this communication is strictly prohibited without our express approval
in writing or by email. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message and any attachments. Receipt by anyone

**CONFIDENTIAL**

NCIC-002527

other than the intended recipient is not a waiver of any attorney-client or work-product privilege.

CONFIDENTIAL

NCIC-002528