## IN THE UNITED STATES DISTRICT COURT
### FOR SOUTH DAKOTA

RELIANCE TELEPHONE OF GRAND
FORKS INCORPORATED,
a North Dakota corporation,

and

RELIANCE SYSTEMS INC.,
a Nevada corporation,

        Plaintiffs,

        v.

NETWORK COMMUNICATIONS
INTERNATIONAL CORP.,
a Texas corporation,

        Defendants.

Civil No. 4:24-cv-04098-ECS

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON ALL PENDING MOTIONS**

COMES NOW Plaintiffs, Reliance Telephone of Grand Forks Incorporated ("Reliance Telephone") and Reliance Systems Inc. ("Reliance Systems") (together, "Reliance"), and respectfully move the Court for oral argument on all pending motions and related briefings.

WHEREFORE Plaintiffs respectfully request that the Court set this matter for oral arguments on the parties' pending motions and related briefings.

Dated: 6·29·26

Patrick L. Sealey #20836
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
Phone: (712) 255-8838
Fax: (712) 258-6714
Email: Patrick.Sealey@heidmanlaw.com

and

Alan M. Anderson (MN Bar #149500)
(admitted *pro hac vice*)
L. Reagan Florence (MN Bar #0396468)
(admitted *pro hac vice*)
ALAN ANDERSON LAW FIRM LLC
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Tel: 612-756-7010
Fax: 612-756-7050
Email: aanderson@anderson-lawfirm.com
      rflorence@anderson-lawfirm.com
*Attorneys for Plaintiffs Reliance Telephone*
*of Grand Forks Incorporated and Reliance*
*Systems Inc.*

Copy to:

Nicholas G. Moser
Dylan M. Miller
Marlow, Woodward & Huff, Prof. LLC
PO Box 667
200 W. Third St.
Yankton, SD 57078
Telephone: (605) 665-5009
Facsimile: (605) 665-4788
Email: nick@mwhlawyers.com
dylan@mwhlawyers.com
ATTORNEYS FOR DEFENDANT
NETWORK COMMUNICATIONS
INTERNATIONAL CORP.

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all parties to the above-entitled cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June ⟪20⟫, 2026.

_Sarah B. Anderson_