**IN THE UNITED STATES DISTRICT COURT
FOR SOUTH DAKOTA**

|  |  |  |
|---|---|---|
| RELIANCE TELEPHONE OF GRAND FORKS INCORPORATED, a North Dakota corporation, | ) ) ) ) | Civil No. 4:24-cv-04098-ECS |
| and | ) ) ) | |
| RELIANCE SYSTEMS INC., a Nevada corporation, | ) ) ) | |
| Plaintiffs, | ) ) ) | **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS** |
| v. | ) ) ) | |
| NETWORK COMMUNICATIONS INTERNATIONAL CORP., a Texas corporation, | ) ) ) ) | |
| Defendants. | ) ) ) | |

COMES NOW Alan M. Anderson and L. Reagan Florence, of Alan Anderson Law Firm LLC, attorneys of record for Plaintiffs, Reliance Telephone of Grand Forks Incorporated and Reliance Systems, Inc. ("Reliance"), and hereby provide notice that the undersigned are no longer representing Reliance in the above-entitled matter.  Patrick L. Sealey, of the Heidman Law Firm, P.L.L.C. shall remain as counsel of record on behalf of Reliance and continue to receive notices as requested.

Dated: August __/2__ , 2026.

Alan M. Anderson (MN Bar #149500)
(admitted *pro hac vice*)
L. Reagan Florence (MN Bar #0396468)
(admitted *pro hac vice*)
ALAN ANDERSON LAW FIRM LLC
855 Village Center Drive
Suite 390
North Oaks, MN 55127
Tel: 612-756-7010
Fax: 612-756-7050
Email: aanderson@anderson-lawfirm.com
            rflorence@anderson-lawfirm.com

and

Patrick L. Sealey AT0007085
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
Tel: (712) 255-8838
Fax: (712) 258-6714
Email: Patrick.Sealey@heidmanlaw.com

*Attorneys for Plaintiff Reliance Telephone of Grand Forks Incorporated and Reliance Systems*

## CERTIFICATE OF SERVICE

I hereby certify that on this __12th__ of August, the foregoing *Notice of Withdrawal of Pro Hac Vice Admissions.* was served via CM/ECF to all parties on the service list who have registered to receive service by e-mail over CM/ECF.

2